AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| SUKHJINDER VIRDI and RAVINDER SINGH on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> COPLEY COFFEE HOLDINGS, LLC; COPLEY DB 1, LLC; EAST SIDE DD, LLC; and EAST SIDE DD 108, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 1:24-cv-478 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EAST SIDE DD, LLC c/o Neil Fogel
567 Third Avenue, 5th Floor
New York, New York 10016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Chaya M. Gourarie, Esq.
Bell Law Group, PLLC
116 Jackson Avenue
Syosset, New York 11791

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/24/2024

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

