

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

December 16, 2024

<u>**Via ECF**</u>
Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: <u>**Virdi et al v. Copley Coffee Holdings, LLC et al,**</u>
       **Docket No.: 1:24-cv-00478-KPF**

Dear Judge Failla:

  Our office represents Plaintiffs Sukhjinder Virdi, Ravinder Singh, and Bilal Khan on behalf of themselves and all others similarly situated ("Plaintiffs"), in the above-referenced employment matter against their former employer, Copley Coffee Holdings, LLC and Copley DB 1 LLC (collectively, "Defendants" or "Copley Defendants").[1]

  With the consent of defense counsel, Plaintiffs now respectfully seeks court approval of the parties' settlement agreement, which provides for a total payment of $175,000 to Plaintiffs (inclusive of attorneys' fees), in accordance with <u>Cheeks v. Freeport Pancake House, Inc</u>., 796 F.3d 199 (2d Cir. 2015). The parties' finalized settlement agreement is submitted herein as Exhibit A.

I.  <u>**Procedural History**</u>

  Plaintiffs Sukhjinder Virdi ("Mr. Virdi") and Ravinder Singh ("Mr. Singh"), filed the complaint on January 1, 2024, alleging, inter alia: i) failure to pay accurate overtime wages in violation of the Federal Labor Standard Act ("FLSA") and the New York Labor Law ("NYLL"); ii) failure to provide Plaintiffs with accurate wage statements and wage notices in violation of the New York Wage Theft Protection Act ("NYWTPA"); and iii) spread of hours.

  Soon after the initial complaint was filed, the Copley Defendants appeared in this action and their counsel advised the undersigned that since the Plaintiffs had signed binding Arbitration Agreements, this matter would have to be tried in the arbitral forum. The parties agreed to attempt to mediate this matter before litigating Defendants' motion to compel and/or moving to the arbitral forum. A mediation was scheduled for June 24, 2024.

---

[1] Plaintiffs named two additional defendants – East Side DD LLC and East Side DD 108 LLC – who upon information were Plaintiffs' employers before the Copley Defendants assumed ownership of the business in or around February 2019. These Defendants did not appear in this action.

Hon. Katherine Polk Failla
Virdi et al v. Copley Coffee Holdings, LLC et al.
December 16, 2024
Page 2 of 7

Prior to the scheduled mediation, a third Plaintiff, Bilal Khan ("Mr. Kahn"), sought to join the action, and he filed a "Consent to Join Class" form to preserve his claims. (Dkt. No. 22). A mediation session with Patrick Michael Mckenna, Esq. was held, in part, on June 24, 2024, but it was determined that additional disclosures between the parties was needed as to Mr. Khan, and the parties adjourned the mediation. The parties jointly reached out to the Court to explain the status and to seek a second extension of time to complete mediation, which this Court granted. (Dkt No. 24). Subsequently, Plaintiffs filed an amended complaint on July 9, 2024, wherein Mr. Khan was added as a Plaintiff and additional claims were asserted, including the reporting of fraudulent information to the IRS in violation of 26 U.S.C. § 7434 and spoilation. (Dkt. No. 25).

A second mediation was held on August 22, 2024, with Alfred G. Feliu, Esq. With Mr. Feliu's assistance, the parties reached a settlement in principle. Thereafter, the parties negotiated the terms of a full written agreement, which is now finalized and submitted here as Exhibit A.[2]

II.     **The Parties' Claims & Defenses**

Plaintiffs' claims: Defendants operate a number of Dunkin' Donuts franchises and hire employees to deliver fresh doughnuts to Dunkin' Donuts locations in New York City every night, seven (7) days per week. Plaintiffs alleged that Defendants created an unlawful policy since Defendants paid Plaintiffs for a flat thirty-five (35) hours per week, regardless of how many hours were actually worked, and therefore violated the minimum and overtime wage requirements of the FLSA and NYLL. Thus, Plaintiffs asserted that they were owed wages at the regular rate for all hours over thirty-five (35) in a workweek, and they are owed wages at the mandatory, statutory overtime rate for all hours over forty (40) in a workweek.

Plaintiffs asserted further that they worked more hours per week than what Defendants recorded in their payroll records. The discrepancy between hours *worked* versus hours *recorded* occurred because Plaintiffs' manager Taj sometimes asked them to clock in several hours after their arrival to work and, similarly, asked them to clock out before they finished their shifts.

Based on the foregoing, Plaintiffs' collective damages alleged in this case pre-discovery was $713,120.00, inclusive of attorney's fees. Stated alternatively, Plaintiffs' collective damages in this case pre-discovery was $683,120.00, exclusive of attorney's fees, which was estimated to be $30,000. (See Exhibit B, Damages Chart). The breakdown of damages is:

---

[2] The parties initially contemplated proceeding to arbitration for a review of the within settlement agreement, as under principles of contract law, the Parties' binding settlement agreements necessitated arbitration. However, in light of the Court's December 10, 2024 ruling, the within application is being submitted. The parties have no intention of running afoul of the Second Circuit's ruling in Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), and upon further reflection, realize it would have been better practice to have submitted the parties' settlement agreement to the Court in the first instance.

Hon. Katherine Polk Failla
Virdi et al v. Copley Coffee Holdings, LLC et al.
December 16, 2024
Page 3 of 7

- Plaintiff Virdi worked for Defendants from in or around 2018 through November 2023. Virdi alleged damages in the sum of $350,752.00.[3] (See Exhibit B, Damages Charts).

- Plaintiff Singh worked for Defendants from in or around 2010 through March 2022. Singh alleged damages in the sum of $204,000.00.[4] (Id.).

- Plaintiff Khan worked for Defendants from in or around August 2021 through May 25, 2024. Khan alleged damages in the sum of $158,368.00. (Id.).

Defendants' Position: Defendants maintained that Plaintiffs almost never worked more than thirty-five (35) hours per week; thus, they were typically paid *more* than what they were entitled to had they been paid on an hourly basis. Further, Defendants claimed that when Plaintiffs worked more than thirty-five hours per week, they were paid for the additional hours based on the applicable regular or overtime rate, apart from a few instances, as evidenced by Defendants' time sheets and payroll records. Lastly, Defendants insisted that their time and payroll records were accurate; thus, Plaintiffs' claims of overtime hours worked were largely fabricated or involved waiting time that was not compensable.

## III.    **Settlement Terms**

The $175,000 settlement ("Settlement Sum") will be distributed as follows:

a) $129,185.00 will be distributed evenly to the three Plaintiffs, as follows:

- $43,061.66 to Plaintiff Sukhjinder Virdi.

- $43,061.66 to Plaintiff Ravinder Singh.

- $43,061.66 to Plaintiff Bilal Khan.

b) $45,815.00 to Bell Law Group, representing 25% of the Settlement Sum ($43,750.00), plus litigation costs in the sum of $2,065.00. (See Exhibit C, Billing).

## IV.    **The Settlement is Fair and Reasonable under the <u>Cheeks</u> Factors**

FLSA claims may only be settled and dismissed with prejudice under Rule 41 if they are approved by the Court. Cheeks, 796 F.3d at 206-07. "Courts approve FLSA settlements when they are reached as a result of contested litigation to resolve bona fide disputes." Kochilas v. Nat'l Merch. Servs., Inc., 2015 WL 5821631, at *7 (E.D.N.Y. Oct. 2, 2015) (citation omitted). "Typically, courts regard the adversarial nature of a litigated FLSA case to be an adequate indicator of the fairness of settlement." Id. (citation omitted). Furthermore, "[i]f the proposed settlement reflects a reasonable compromise over contested

---

[3] As the Copley Defendants assumed ownership of the subject company in or about February 2019, they claimed to have no liability for any alleged violations that occurred prior to that date.

[4] See Footnote 3, <u>Supra.</u>

Hon. Katherine Polk Failla
Virdi et al v. Copley Coffee Holdings, LLC et al.
December 16, 2024
Page 4 of 7

issues, the settlement should be approved." <u>Id</u>. (citation omitted).

In evaluating the fairness of a proposed settlement of FLSA claims, most courts in this Circuit apply the five-factor test articulated in <u>Wolinsky v. Scholastic, Inc.</u>, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). The <u>Wolinsky</u> factors consider: (1) the plaintiff's range of possible recovery; (2) the extent to which "the settlement will enable the parties to avoid anticipated burdens and expenses in establishing their respective claims and defenses"; (3) the seriousness of the litigation risks faced by the parties; (4) whether "the settlement agreement is the product of arm's-length bargaining between experienced counsel"; and (5) the possibility of fraud or collusion. Here, all of the factors support approving the parties' settlement. <u>Id</u>.

*First,* the total settlement amount of $175,000 is reasonable considering Plaintiffs' potential range of recovery at trial in light of the two (2) highly disputed issues in the case: i) the precise number of overtime hours Plaintiffs actually worked; and ii) whether Defendants' time records and payroll records were accurate.

If Plaintiffs were successful in proving that they worked all the overtime hours alleged in the Amended Complaint, and that Defendants' time records and/or payroll records were inaccurate, then they would be entitled to approximately $683,120.00 in owed wages under the FLSA and NYLL, inclusive of liquidated damages, and exclusive of attorney's fees. However, if Defendants were successful in asserting that their time records were accurate, and that Plaintiffs did not work the overtime hours that they claimed, then Plaintiffs' recovery would be considerably less. Indeed, Defendants continue to assert that Plaintiffs are entitled to little or no recovery whatsoever. Thus, a realistic range of recovery for Plaintiffs' FLSA claims was between zero and $683,120.00.

Under this proposed settlement, after deducting for attorneys' fees and costs, Plaintiffs will receive $129,185.00 collectively, which is ~19% of their maximum recovery of $683,120.00. (<u>See</u> Exhibit B, Damages Charts). The outcome here is reasonable under the FLSA, particularly in light of the legal and evidentiary challenges that would face the Plaintiffs in the absence of a settlement. <u>See</u> <u>Zorn-Hill v. A2B Taxi LLC</u>, Nos. 19-cv-1058, 18-cv-11165 (KMK), 2020 U.S. Dist. LEXIS 170608, 2020 WL 5578357, at *4-5 (S.D.N.Y. Sept. 17, 2020) (approving settlement amount equal to 12.5 percent of the plaintiffs' best-case scenario recovery in case involving "major factual and legal litigation risks"); <u>Gervacio v. ARJ Laundry Servs. Inc.</u>, No. 17-cv-9632 (AJN), 2019 U.S. Dist. LEXIS 12760, 2019 WL 330631, at *1 (S.D.N.Y. Jan. 25, 2019) (approving settlement that would net the plaintiff approximately 13 percent of the maximum possible recovery amount (i.e., $4,000 to the plaintiff out of a possible $29,820.41) where facts were disputed); <u>Aly v. Dr. Pepper Snapple Grp., Inc.</u>, No. 18 CV 4230 (FB)(LB), 2019 U.S. Dist. LEXIS 100256, at *6 (E.D.N.Y. June 13, 2019) (net settlement of 20% of FLSA plaintiff's maximum recovery is reasonable).

*Second*, this settlement agreement will enable the parties to avoid the anticipated burdens of continuing with protracted litigation. Through settlement, Plaintiffs will avoid the stress of contentious litigation and the loss of income associated with taking days off from work in order to attend depositions and trial. Plaintiffs will also avoid the stress, uncertainty, and delay that would be inherent in completing discovery and engaging in motion practice.

Hon. Katherine Polk Failla
Virdi et al v. Copley Coffee Holdings, LLC et al.
December 16, 2024
Page 5 of 7

*Third*, from Plaintiffs' perspective, the prompt payment of the settlement amount is far preferable to continued litigation. As noted above, there are significant legal and factual disputes in the case, particularly around the credibility of each party's position, and the number of hours Plaintiffs worked. In contrast through settlement, both parties have control over their recovery and financial exposure and avoid accruing additional attorneys' fees for an uncertain result. Plaintiffs are interested in a settlement that eliminates the uncertainty of trial, expedites his receipt of funds, and provides closure.

As to the fourth and fifth <u>Cheeks</u> factors, the settlement is clearly the result of arm's length negotiation by zealous advocates. Significantly, the parties were assisted in reaching the settlement by this court, by way of mediation on August 22, 2024, with Alfred G. Feliu, Esq., who proposed the settlement number of $175,000 to the parties as a "mediator's proposal" which was ultimately accepted by the parties. The assistance of an experienced neutral reinforces that a settlement agreement is non-collusive. <u>See, e.g.</u>, <u>Hernandez v. Anjost Corp.</u>, 2013 WL 4145952, at *2 (S.D.N.Y. Aug. 14, 2013) ("A settlement like this one, reached with the help of a third-party neutral, enjoys a "presumption that the settlement achieved meets the requirements of due process."). Thus, there was no fraud or collusion here.

V.    **The Non-Monetary Terms are Reasonable**

The parties' settlement does not include the types of provisions discussed in <u>Cheeks</u> that contravene FLSA's remedial purposes. <u>Snead v. Interim Healthcare of Rochester, Inc</u>., 286 F. Supp. 3d 546, 553 (W.D.N.Y. 2018). The release is narrowly tailored to the claims in this litigation. (<u>See</u> Exhibit A, Settlement Agreement ¶ 5). Further, the parties' non-disparagement clause is also mutual and makes clear that truthful statements about the nature of the case, the settlement of the case, and the parties' experiences in litigating their claims and defenses, do not constitute disparagement. (<u>Id</u>. at ¶ 7). These provisions reflect compromises made among the parties and are within the guardrails of fairness set out in <u>Cheeks.</u>

VI.    **Plaintiffs' Attorneys' Fees are Reasonable**

An award of attorneys' fees is also subject to review under <u>Cheeks</u> and must be reasonable. <u>Rainboth-Venditti v. Nat'l Retail Sols, Inc</u>., No. 6:16-CV-137 (ATB), 2018 U.S. Dist. LEXIS 19130, at *2 (N.D.N.Y. Feb. 6, 2018). The Second Circuit courts refer to the <u>Goldberger</u> factors when assessing the reasonableness of attorneys' fees: (1) the time and labor expended by counsel;(2) the magnitude and complexities of the litigation; (3) the risk of the litigation; (4) the quality of representation; (5) the requested fee in relation to the settlement; and (6) public policy considerations. <u>Goldberger v. Integrated Res., Inc</u>., 209 F.3d 43, 50 (2d Cir. 2000). Here, all of the <u>Goldberger</u> factors demonstrate that Plaintiffs' attorneys' fees are reasonable.

*<u>Goldberger</u> Factors 1-3:* The legal and factual issues in this case were complex as they concerned the time and payroll records of three plaintiffs spanning six years. Indeed, to gain a command of the issues of the case, counsel for both parties spent considerable time speaking to their clients about the facts of the case and reviewing the time records and payroll records.

*<u>Goldberger</u> Factor 4:* The parties were represented by experienced attorneys who are well versed

Hon. Katherine Polk Failla
Virdi et al v. Copley Coffee Holdings, LLC et al.
December 16, 2024
Page 6 of 7

in employment litigation. The undersigned has been practicing law since 2013, and her practice has predominantly focused on labor and employment law, including class and collective actions.

*Goldberger Factors 5-6:* Under the settlement agreement, Plaintiffs' counsel would receive a fee award of $45,815.00, representing 25% of the gross settlement sum (equaling $43,750), plus litigation costs in the sum of $2,065.00. (Exhibit C).

This amount is consistent with approved fee awards in this Circuit, thereby demonstrating its reasonableness. Indeed, here, Plaintiffs' counsel are seeking *less* than the thirty-three percent contingency fee arrangement that is typically deemed reasonable in a FLSA case. See Fresno County Employees' Retirement Assoc. v. Isaacson/Weaver Family Trust, 925 F.3d 63, 71 (2d Cir. 2019) (quoting McDaniel v. Cty. of Schenectady, 595 F.3d 411, 419 (2d Cir. 2010)) ("[W]e have previously noted that 'the percentage method has the advantage of aligning the interests of Plaintiff and their attorneys more fully'"); see also Kornell v. Haverhill Ret. Sys., 790 Fed. App'x 296, 298 (2d Cir. 2019) (approving attorneys' fees award of one-third the gross settlement sum – not one-third the net settlement sum after deduction of attorneys' fees – and finding that trial court decision to grant same was permissible as long as "its award of attorneys' fees is reasonable."); Petersonv. Lab. Corp. of Am. Holdings, No. 1:20-cv-1056 (MAD/TWD), 2021 U.S. Dist. LEXIS 241010, at *8 (N.D.N.Y. Dec. 17, 2021) (holding 33 1/3% in attorney's fees are reasonable on Cheeks review); Li v. Ichiban Mei Rong Li, Inc., No. 1:16- CV-0863 (DEP), 2017 U.S. Dist. LEXIS 68060, at *4 (N.D.N.Y. May 4, 2017) (holding on Cheeks review that an attorneys' fee award equal to one-third of the total settlement amount minus costs is reasonable); Calle v. Elite Specialty Coatings Plus, Inc., 2014 WL 6621081, at *3 (E.D.N.Y. Nov. 21, 2014) ("A one-third contingency fee is a commonly accepted fee in this Circuit."); Thornhill v. CVS Pharmacy, Inc., 2014 WL 1100135, at *3 (S.D.N.Y. Mar. 20, 2014) (collecting cases setting attorneys' fees at one-third of the settlement).

The reasonableness of Plaintiffs' counsel's requested fee is further solidified by "[a]pplying the lodestar method as a cross check." See Fresno County Employees' Retirement Assoc., 925 F.3d at 72 (citing Goldberger v. Integrated Resources, Inc., 209 F.3d 43, 50 (2d Cir. 2000)). In order to calculate the lodestar check, the firm multiplied the attorney and paralegal hours spent on the case by each individual's reasonable hourly rate. See Healey v. Leavitt, 485 F.3d 63, 71 (2d Cir. 2007). Here, attorney and paralegal hours worked are summarized below:

| BLG Staff | Billable Amount | Sum of Hours |
|---|---|---|
| Admin | $4,388 | 35.1 |
| Associate (Mr. Grogan) | $2,720 | 6.8 |
| Partner (Ms. Gourarie) | $43,425 | 96.5 |
| **Grand Total** | **$50,533** | **138.4** |

Specifically, over the course of the litigation, two attorneys primarily worked on the case – one associate (Adam Grogan), who billed for approximately 6.8 hours, and one partner (Chaya Gourarie), who billed for approximately 96.5 hours in total. See Ex. C. The associate billed at the rate of $400.00 per hour and the partner billed at the rate of $450.00 per hour.

Hon. Katherine Polk Failla
Virdi et al v. Copley Coffee Holdings, LLC et al.
December 16, 2024
Page 7 of 7

These hourly rates are deemed reasonable in this District. See, e.g., Campos, et al. v. BKUK 3 Corp., No. 18 Civ. 4036, 2021 U.S. Dist. LEXIS 151528, 2021 WL 3540243, at *11 (S.D.N.Y. Aug. 10, 2021) ("Courts in this District have determined in recent cases that a fee in the range of $250 to $450 is appropriate for experienced litigators in wage-and-hour cases.") (collecting cases); See also Leon v. Gazivoda Realty Co., 2019 U.S. Dist. LEXIS 160059, at *6 (S.D.N.Y. Sep. 16, 2019) (approving the rate of $400.00 per hour for the undersigned [Chaya Gourarie] when she was a senior litigation associate in 2019). Most recently, on May 22, 2023, the court (Judge Koeltl) approved a settlement wherein the undersigned's hourly rate was $500.00, holding that, "[t]he Court finds the terms of the settlement including the attorney's fees and costs listed in this letter to be fair, reasonable, and adequate." See Alcantara Lopez et al v. TMS Management et al., No. 22-cv-10714-JGK (Docket No. 35).

Additionally, several paralegals and administrative staff worked on this case, and billed for approximately 35 hours in total, at the rate of $125.00 per hour, which courts have deemed to be reasonable. See, e.g., Long v. HSBC USA Inc., 14 Civ. 6233, 2016 U.S. Dist. LEXIS 124199, 2016 WL 4764939, at *11 (S.D.N.Y. Sept. 13, 2016) ("As to the fees for paralegal work, in recent FLSA actions, hourly rates between $100 and $150 for paralegal work have been found to be reasonable.").

In sum, based on the above time and hourly rates, Plaintiffs' counsel's lodestar is $50,533. (Exhibit C). Accordingly, Bell Law Group's attorneys' fees of $43,750.00 are within the range of attorneys' fees that courts in this Circuit have deemed reasonable. See, e.g., Johnson v. Brennan, No. 10 Civ 4712, 2011 WL 4357376, at *20 (S.D.N.Y. Sept. 16, 2011) ("Courts regularly award lodestar multipliers from two to six times lodestar."); Tosic v. Pinnacle Grp. N.Y. LLC, 2021 U.S. Dist. LEXIS 152137, at *5 (S.D.N.Y. Aug. 12, 2021) (awarding a lodestar multiplier of 3.30).

For the reasons stated above, Plaintiffs respectfully request that the Court approve the settlement agreement in this case. We thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Chaya M. Gourarie, Esq.

# EXHIBIT A

## FAIR LABOR STANDARDS ACT AND NEW YORK LABOR LAW SETTLEMENT RELEASE AGREEMENT

WHEREAS, Sukhjinder Virdi, Ravinder Singh, and Bilal Khan (each individually, "Plaintiff" and collectively "Plaintiffs") and Copley Coffee Holdings, LLC and Copley DB1 LLC (collectively "Defendants") (collectively, the "Parties") desire to resolve, settle and agree to dismiss with prejudice any and all claims Plaintiffs made pursuant to the Fair Labor Standards Act, 29 U. S. C. §§ 201, *et seq*. ("FLSA"), and New York Labor Law ("NYLL") that were or could have been raised in or by the Complaint in the above-referenced action (the "Lawsuit"), without further litigation or adjudication;

WHEREAS, Plaintiffs' Claims shall be dismissed in their entirety and with prejudice by the Court pursuant to the Stipulation and Order of Dismissal with Prejudice to be executed by counsel for Plaintiffs and counsel for Defendants and so ordered by the Court ("Dismissal"), as set forth below:

NOW, THEREFORE, IT IS STIPULATED AND AGREED BY AND BETWEEN THE PARTIES that:

1. **Recitals.**

This Agreement is made with reference to the following facts:

(a)     Plaintiffs was formerly employed by Defendants;

(b)     On or about January 23, 2024, Plaintiffs brought an action against Defendants, which is pending as *Virdi v. Copley Coffee Holdings, LLC, et al.*, in the United States District Court, Eastern District of New York, Case No. 1:24-cv-478 (the "Lawsuit").  In the Lawsuit, Plaintiffs assert claims for nonpayment of straight time and overtime wages in violation of the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"), as well as violations of New York's Wage Theft Prevention Act ("WTPA"), spread of hours laws, and Paid Sick Leave Act; and

(c)     There has been no determination on the merits of the Lawsuit but, in order to avoid additional cost and the uncertainty of litigation, Plaintiffs and Defendants have agreed, subject to the provisions in Paragraph 5 below, to resolve any and all claims, known and unknown, asserted and unasserted, which Plaintiffs have or may have against Defendants and/or Defendants' direct and indirect past, present, and future parent corporation, affiliates, subsidiaries, partners, divisions, predecessors, insurers, reinsurers, professional employment organizations, representatives, successors, and assigns, and their current and former employees, attorneys, officers, owners, members, managers, directors, and agents thereof, both individually and in their business capacities, and their employee benefit plans and programs and their administrators and fiduciaries, both individually and in their business capacities (collectively referred to throughout the remainder of this Agreement as "Releasees") as of the date of execution of this Agreement.

2.    **Consideration.**

(a)    In consideration for Plaintiffs signing this Agreement, and complying with its terms and subject to the revocation language below, if any, Defendants agree to pay the total gross sum of ONE HUNDRED SEVENTY-FIVE THOUSAND DOLLARS AND ZERO CENTS ($175,000.00) (the "Settlement Payment"), to be paid based on the below breakdown.

(1)    The settlement sum of $43,061.66 will be paid to "Sukhjinder Virdi" as follows:

i.    One payment for alleged unpaid wages by check made payable to "Sukhjinder Virdi" in the amount of $21,530.83, less applicable payroll/tax withholdings, for which Defendants shall issue an IRS Form W-2 to Virdi;

ii.    One payment for alleged liquidated and/or other non-wage damages by check made payable to "Sukhjinder Virdi" in the amount of $21,530.83, for which Defendants shall issue an IRS Form 1099-MISC to Virdi;

(2)    The settlement sum of $43,061.66 will be paid to "Ravinder Singh" as follows:

i.    One payment for alleged unpaid wages by check made payable to "Ravinder Singh" in the amount of $21,530.83, less applicable payroll/tax withholdings, for which Defendants shall issue an IRS Form W-2 to Singh;

ii.    One payment for alleged liquidated and/or other non-wage damages by check made payable to "Ravinder Singh" in the amount of $21,530.83, for which Defendants shall issue an IRS Form 1099-MISC to Singh;

(3)    The settlement sum of $43,061.66 will be paid to "Bilal Khan" as follows:

i.    One payment for alleged unpaid wages by check made payable to "Bilal Khan" in the amount of $21,530.83, less applicable payroll/tax withholdings, for which Defendants shall issue an IRS Form W-2 to Khan;

ii.    One payment for alleged liquidated and/or other non-wage damages by check made payable to "Bilal Khan" in the amount of $21,530.83, for which Defendants shall issue an IRS Form 1099-MISC to Khan; and

(4)    One payment for alleged attorneys' fees and costs by check made payable to "Bell Law Group PLLC" ("Employees' Counsel") in the amount of ($45,815.00), for which an IRS Form 1099-MISC shall be issued to each of Plaintiffs and Plaintiffs' Counsel.

(b)    Defendants will also pay the mediator fees owed by Employees in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($3,500.00).

(c)    Plaintiffs agree that Plaintiffs are responsible for all applicable taxes, if any, as a result of the receipt of these monies in Paragraph 2(a)(2). Plaintiffs understand and agree Defendants are providing Plaintiffs with no representations regarding tax obligations or consequences that may arise from this Agreement. Plaintiffs, for Plaintiffs' and Plaintiffs' dependents, successors, assigns, heirs, executors, and administrators (and Plaintiffs' legal representatives of every kind), agree to indemnify and hold the Releasees harmless for the amount of any taxes, penalties, or interest that may be assessed by any governmental tax authority against any of the Releasees in connection with such governmental authority's determination that Defendants or any of the other Releasees was required to, but failed to, withhold or report the correct amount of income or employment taxes from the payments made to Plaintiffs or Plaintiffs' Counsel pursuant to Paragraph 2(a) of this Agreement. Plaintiffs agree that they shall indemnify the Releasees for the full amount of such liability within thirty (30) days after receipt of notice from Defendants or any of the other Releasees of the assessment of such taxes, penalties, or interest.

(d)    Any settlement payments made by check set forth in this paragraph will be delivered to Plaintiffs' Counsel at 116 Jackson Avenue, Syosset, NY 11791.

## 3.    No Consideration Absent Execution of this Agreement.

Plaintiffs understand and agree that Plaintiffs would not receive the monies and/or benefits specified in Paragraph 2(a) above, except for Plaintiffs' timely execution of this Agreement and the fulfillment of the promises contained herein.

## 4.    Disbursal of Settlement Funds/Dismissal of Action.

(a)    The settlement payments described in Paragraph 2(a) will be sent within seven (7) business days after the latest of the following have occurred:

(1)    counsel for Defendants receive a copy of the Agreement signed by Plaintiffs;

(2)    counsel for Defendants receives an executed W-9 Form from Plaintiffs' Counsel for each Plaintiff and Plaintiffs' Counsel;

(3)    Court approval of the within Settlement;

(b)    Immediately following with the execution of this Agreement and subsequent revocation period, the Parties shall also sign a Stipulation of Dismissal with Prejudice in the form annexed hereto as **Exhibit A**. Plaintiffs' counsel, within five (5) calendar days of

receipt of the Settlement Payment, shall file this stipulation of dismissal with the Court, dismissing the Action, with prejudice.

**5.      Release of FLSA and NYLL Claims.**

In exchange for the consideration described in Paragraph 4 of this Agreement, Plaintiffs and Plaintiffs' heirs, executors, administrators, successors, and assigns knowingly and voluntarily release and forever discharge Releasees, of and from any and all FLSA or NYLL claims of any kind or nature, whether known and unknown, asserted or unasserted, which Plaintiffs have or may have against Releasees as of the date of execution of this Agreement, including, but not limited to, the FLSA or NYLL Claims contained in the Lawsuit and any other FLSA or NYLL claim whatsoever; and any claim for costs, fees, or other expenses, including, but not limited to, a claim for attorneys' fees or costs. To the extent that any such claims against Defendants might be encompassed within or by a pending or future class action, representative action, Plaintiffs will affirmatively "opt out" of or otherwise not elect to participate in that action and will not directly or indirectly seek nor accept any recovery therein. Plaintiffs represent that they are not presently aware of any facts which would give rise to any claims against Defendants apart from those already asserted in the Lawsuit.

**6.      Exceptions for Claims Not Being Waived or Released by Plaintiffs**

Plaintiffs do not waive the following claims: i) unemployment benefits, workers' compensation benefits, state disability benefits and/or paid family leave insurance benefits pursuant to the terms of applicable state or local law; ii) any benefit entitlements that are vested as of the Separation Date pursuant to the terms of a Company-sponsored benefit plan governed by the federal law known as ERISA; and iii) any violation of any federal, state or local statutory and/or public policy right or entitlement that, by applicable law, is not waivable. With respect to subparagraph (iii) herein, Plaintiffs agree to waive and release any right to receive any individual remedy or to recover any individual monetary or non-monetary damages as a result of any administrative charge, complaint or lawsuit filed by them or anyone on their behalf.

Nothing in this Agreement prohibits or restricts Plaintiffs from: (i) making any disclosure of information required by law; (ii) providing information to, or testifying or otherwise assisting in any investigation or proceeding brought by any federal regulatory or law enforcement agency or legislative body, any self-regulatory organization or the Company's designated legal compliance officer, with or without prior notice to the Company; or (iii) accepting a monetary award from a government-administered whistleblower award program, such as that authorized under Section 21F of the Securities and Exchange Commission, for providing information directly to a government agency. With respect to subparagraphs (i), (ii) and (iii) herein, Plaintiffs agree to waive and release to the fullest extent possible under law any right to receive any individual remedy or to recover any individual monetary or non-monetary damages as a result of any administrative charge, complaint or lawsuit filed by them or anyone on their behalf.

**7.      Mutual Non-Disparagement.**

(a)      Plaintiffs agree to forbear from making, causing to be made, publishing, ratifying or endorsing any and all disparaging remarks, derogatory statements or comments

regarding Defendants. As used in this paragraph, the term "disparage" includes, without limitation, comments or statements to the press or any individual or entity which could adversely affect the Parties' personal or business reputation or interests, as well as any statements or postings on any social media or other internet platforms (including, but not limited to blogs, X (a/k/a Twitter), Facebook, LinkedIn, Glassdoor, Indeed, Snapchat, Threads, Reddit, YouTube, Wikipedia, Tumblr, TikTok and Instagram), or any statements on any reality or other television, video, film or other program of any kind, which could adversely affect the Defendants' business reputation or interests.

(b)     Defendants agree to direct their Human Resource Department and Jitender Singh ("Taj") to forbear from making, causing to be made, publishing, ratifying or endorsing any and all disparaging remarks, derogatory statements or comments regarding Plaintiffs. The definition of "disparage," set forth in 7(a) applies to this sub-section and is incorporated herein.

(c)     Nothing in this Agreement prevents Plaintiffs or Defendants from making truthful statements that are required by applicable law, regulation or legal process. Further, the Parties agree and stipulate that objective and truthful statements about the nature of the case, and the settlement of the case do not constitute disparagement under this Agreement.

(d)     Neutral Employment Reference.  Defendants agree that should they be contacted by any third party regarding a reference for Plaintiffs, they will provide a neutral reference consisting of confirmation of employment and dates of employment.

## 8.     <u>Acknowledgements and Affirmations.</u>

(a)     Bona Fide Dispute. Plaintiffs agree that this Agreement is a settlement of all disputed claims. The Parties agree that there are bona fide disputes as to whether Plaintiffs could prevail on the merits of their claims, and that the amounts being paid to Plaintiffs are a fair and reasonable resolution to these bona fide disputes. Plaintiffs stipulate and agree that the terms of this Agreement represent a reasonable compromise of bona fide disputes regarding their statutory wages, including minimum wage compensation, liquidated damages, penalties, and any other relief under the FLSA and NYLL.

(b)     Plaintiffs agree and affirm that they have entered into this Agreement knowingly, voluntarily, and with full knowledge of its significance; that the Agreement is fair and reasonable; that Plaintiffs have consulted with their attorneys, Bell Law Group, prior to signing this Agreement; that they have been given a reasonable amount of time to consider this Agreement; and that, absent this Agreement, Plaintiffs would not otherwise be entitled to the consideration specified in Paragraph 2 of this Agreement.

(c)     Plaintiffs acknowledge that with the execution and performance of this Agreement, including the Defendants' performance of the terms set forth in Paragraph 2 above and the Plaintiffs' receipt of the Settlement Payment, and except for amounts due in connection with or as described in this Agreement, the Plaintiffs have been paid in full for all benefits due and hours worked in each and every week of their employment with Defendants and that the Defendants have paid to Plaintiffs all of their earned wages (including minimum and overtime wages in any and every workweek of her employment), commissions, bonuses, incentives,

gratuities, accrued vacation pay and other time-off pay, and any other forms of compensation, and that Defendants owes Plaintiffs no other wages, commissions, bonuses, gratuities, vacation pay, Plaintiffs benefits, or other compensation or payments of any kind or nature, other than as provided in this Agreement.

(d)    Plaintiffs further acknowledge that there are no claims pending before any court or administrative agencies, including but not limited to, the New York State Department of Labor of the United States Department of Labor, for the alleged violations covered by this Agreement. To the extent that such claims are pending in court or before an administrative agency, Plaintiffs agree to withdraw or discontinue such claims.

9.    **Return of Property.**

Except as provided otherwise in this Agreement or by law, Plaintiffs affirm that Plaintiffs have returned all of Defendant's property, documents, and/or any confidential information in Plaintiffs' possession or control.

Plaintiffs also affirm that Plaintiffs are in possession of all of Plaintiffs' property that Plaintiffs had at Defendants' premises and that Defendants are not in possession of any of Plaintiffs' property.

10.    **Medicare Secondary Payer Rules.**

Each Plaintiff affirms that as of the date Plaintiff signs this Agreement, Plaintiff is not Medicare eligible (i.e., is not 65 years of age or older; is not suffering from end stage renal failure; has not received Social Security Disability Insurance benefits for 24 months or longer, etc.). Nonetheless, if the Centers for Medicare & Medicaid Services (CMS) (this term includes any related agency representing Medicare's interests, as well as any insurance carrier providing benefits under Medicare Part C or Part D) determines that Medicare has an interest in the payment to Plaintiffs under this settlement, Plaintiffs agrees to (i) indemnify, defend and hold Releasees harmless from any action by CMS relating to medical expenses of Plaintiffs, (ii) reasonably cooperate with Releasees upon request with respect to any information needed to satisfy the reporting requirements under Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007, if applicable, and any claim that the CMS may make and for which Plaintiffs are required to indemnify Releasees under this paragraph, and (iii) waive any and all future actions against Releasees for any private cause of action for damages pursuant to 42 U.S.C. Section 1395y(b)(3)(A).

11.    **Governing Law and Interpretation.**

This Agreement shall be governed and conformed in accordance with the laws of New York without regard to its conflict of laws provision.  In the event of a breach of any provision of this Agreement, either Party may institute an action specifically to enforce any term or terms of this Agreement and/or to seek any damages for breach.  Should any provision of this Agreement be declared illegal or unenforceable by any court of competent jurisdiction and cannot be modified to be enforceable, excluding the general release language, such provision shall immediately become null and void, leaving the remainder of this Agreement in full force and effect.  Should a

court declare or find the general release in this Agreement to be unenforceable for any reason, Plaintiffs agree to sign a replacement release in a form provided by Defendants.

### 12. <u>Nonadmission of Liability.</u>

The Parties agree that neither this Agreement nor the furnishing of the consideration for this Agreement shall be deemed or construed at any time for any purpose as an admission by Releasees of wrongdoing or evidence of any liability or unlawful conduct of any kind. The Parties intend, by their actions, pursuant to this Agreement, merely to avoid the expense, delay, uncertainty, and burden of litigation.

### 13. <u>Amendment.</u>

This Agreement may not be modified, altered or changed except in writing and signed by both Parties wherein specific reference is made to this Agreement.

### 14. <u>Entire Agreement.</u>

This Agreement sets forth the entire agreement between the Parties hereto, and fully supersedes any prior agreements or understandings between the Parties, except for any arbitration, intellectual property, noncompete, restrictive covenant, non-solicitation, nondisclosure, or confidentiality agreements between Defendants and Plaintiffs, which shall remain in full force and effect according to their terms. Plaintiffs acknowledge that Plaintiffs have not relied on any representations, promises, or agreements of any kind made to Plaintiffs in connection with Plaintiffs' decision to accept this Agreement, except for those set forth in this Agreement.

### 15. <u>Counterparts and Signatures.</u>

This Agreement may be signed in counterparts, each of which shall be deemed an original, but all of which, taken together shall constitute the same instrument. A signature made on a faxed or electronically mailed copy of the Agreement or a signature transmitted by facsimile or electronic mail, or which is made electronically, will have the same effect as the original signature.

### 16. <u>Mutual Negotiation.</u>

This Agreement was the result of negotiations between the Parties and their respective counsel. In the event of vagueness, ambiguity, or uncertainty, this Agreement shall not be construed against the Party preparing it. Instead, it shall be construed as if both Parties prepared it jointly.

### 17. <u>Third Party Beneficiaries.</u>

All Releasees are third party beneficiaries of this Agreement for purposes of the protections offered by this Agreement, and they shall be entitled to enforce the provisions of this Agreement applicable to any such Releasee as against Plaintiff or any party acting on Plaintiff's behalf.

**EACH EMPLOYEE IS ADVISED THAT THEY HAVE UP TO TWENTY-ONE (21) CALENDAR DAYS TO CONSIDER THIS AGREEMENT. EACH EMPLOYEE ALSO IS**

ADVISED TO CONSULT WITH AN ATTORNEY PRIOR TO EMPLOYEE'S SIGNING OF THIS AGREEMENT AND HAS IN FACT OBTAINED LEGAL REPRESENTATION ABOUT THE DECISION TO ENTER INTO THIS AGREEMENT BY EMPLOYEES' COUNSEL BELL LAW GROUP PLLC, AND SO DOING, ENTERS INTO THIS AGREEMENT.

SUKHJINDER VIRDI MAY REVOKE THIS AGREEMENT AS TO AGE DISCRIMINATION CLAIMS ONLY FOR A PERIOD OF SEVEN (7) CALENDAR DAYS FOLLOWING THE DAY ON WHICH VIRDI SIGNS OR ENTERS INTO THIS AGREEMENT AND THE AGREEMENT IS NOT ENFORCEABLE UNTIL THE REVOCATION PERIOD HAS EXPIRED. ANY REVOCATION WITHIN THIS PERIOD MUST BE SUBMITTED, IN WRITING, TO BRIAN J. SHENKER AT BRIAN.SHENKER@JACKSONLEWIS.COM AND STATE, "I HEREBY REVOKE MY ACCEPTANCE OF THE PORTION OF THE AGREEMENT AND GENERAL RELEASE THAT RELATES TO ANY POTENTIAL AGE DISCRIMINATION CLAIMS." THE REVOCATION MUST BE POSTMARKED OR IF PERSONALLY DELIVERED RECEIVED BY BRIAN SHENKER AT BRIAN.SHENKER@JACKSONLEWIS.COM, JACKSON LEWIS P.C., 58 SOUTH SERVICE ROAD, SUITE 250, MELVILLE, NY 11747 OR HIS/HER DESIGNEE WITHIN SEVEN (7) CALENDAR DAYS AFTER VIRDI SIGNS OR ENTERS INTO THIS AGREEMENT

EACH EMPLOYEE AGREES THAT ANY MODIFICATIONS, MATERIAL OR OTHERWISE, MADE TO THIS AGREEMENT, DO NOT RESTART OR AFFECT IN ANY MANNER THE ORIGINAL CONSIDERATION PERIOD.

EACH EMPLOYEE FREELY AND KNOWINGLY, AND AFTER DUE CONSIDERATION, ENTERS INTO THIS AGREEMENT INTENDING TO WAIVE, SETTLE AND RELEASE ALL CLAIMS EMPLOYEE HAS OR MIGHT HAVE AGAINST RELEASEES.

The Parties knowingly and voluntarily sign this Agreement as of the date(s) set forth below:

**SUKHJINDER VIRDI**

By: _SUKHJINDER VIRDI (Dec 16, 2024 17:03 EST)_

Print Name: SUKHJINDER VIRDI

Date: Dec 16, 2024

**COPLEY COFFEE HOLDINGS, LLC, AND COPLEY DB 1 LLC**

By: _____

Print Name: Peter Trovato
Title: Manager

Date: December 16, 2024

**RAVINDER SINGH**

By: _Ravinder Singh (Dec 16, 2024 16:43 EST)_____

Print Name: Ravinder Singh_____

Date: Dec 16, 2024_____


**BILAL KHAN**

By: _Bilal khan (Dec 16, 2024 12:23 EST)_____

Print Name: Bilal khan_____

Date: Dec 16, 2024_____

# FLSA and NYLL Settlement Agreement - Copley - FINAL12.15.24 (clean)

Final Audit Report                                    2024-12-16

| | |
|---|---|
| Created: | 2024-12-16 |
| By: | Bell Law Group, PLLC (admin@belllg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAOAzhpZsInq3Epeij1Yc3dMwNkACpmT24 |

## "FLSA and NYLL Settlement Agreement - Copley - FINAL12.15. 24 (clean)" History

Document created by Bell Law Group, PLLC (admin@belllg.com)
2024-12-16 – 5:00:09 PM GMT- IP address: 108.21.52.149

Document emailed to bilalkhanaf933@gmail.com for signature
2024-12-16 – 5:01:13 PM GMT

Email viewed by bilalkhanaf933@gmail.com
2024-12-16 – 5:22:03 PM GMT- IP address: 104.28.55.233

Signer bilalkhanaf933@gmail.com entered name at signing as Bilal khan
2024-12-16 – 5:23:03 PM GMT- IP address: 172.56.163.109

Document e-signed by Bilal khan (bilalkhanaf933@gmail.com)
Signature Date: 2024-12-16 – 5:23:05 PM GMT - Time Source: server- IP address: 172.56.163.109

Document emailed to nyc.singh82@gmail.com for signature
2024-12-16 – 5:23:07 PM GMT

Email viewed by nyc.singh82@gmail.com
2024-12-16 – 5:24:57 PM GMT- IP address: 74.125.210.2

Signer nyc.singh82@gmail.com entered name at signing as Ravinder Singh
2024-12-16 – 9:43:35 PM GMT- IP address: 96.235.143.253

Document e-signed by Ravinder Singh (nyc.singh82@gmail.com)
Signature Date: 2024-12-16 – 9:43:37 PM GMT - Time Source: server- IP address: 96.235.143.253

Document emailed to sabb926@gmail.com for signature
2024-12-16 – 9:43:39 PM GMT

**Adobe Acrobat Sign**

Email viewed by sabb926@gmail.com
2024-12-16 - 9:43:44 PM GMT- IP address: 74.125.210.6

Signer sabb926@gmail.com entered name at signing as SUKHJINDER VIRDI
2024-12-16 - 10:03:00 PM GMT- IP address: 68.192.91.200

Document e-signed by SUKHJINDER VIRDI (sabb926@gmail.com)
Signature Date: 2024-12-16 - 10:03:02 PM GMT - Time Source: server- IP address: 68.192.91.200

Agreement completed.
2024-12-16 - 10:03:02 PM GMT

**Adobe Acrobat Sign**

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

SUKHJINDER VIRDI and RAVINDER SINGH,    :
                                        :
                            Plaintiff,  :    Case No.:  1-24-cv-00478 (KPF)
                                        :
            - against -                 :
                                        :
COPLEY COFFEE HOLDINGS, LLC, COPLEY     :
DB 1 LLC, EAST SIDE DD LLC, and EAST    :
SIDE DD 108 LLC,                        :
                                        :
                            Defendants. :
------------------------------------------------------------ x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Sukhjinder Virdi, Ravinder Singh, and Bilal Khan ("Plaintiffs") and Defendants Copley Coffee Holdings, LLC and Copley DB 1LLC ("Defendants") that, the parties' FAIR LABOR STANDARDS ACT AND NEW YORK LABOR LAW SETTLEMENT AND RELEASE AGREEMENT ("Agreement") having been found to constitute a fair and reasonable compromise of a *bona fide* dispute, this action is dismissed, with prejudice, in its entirety and with no award of attorneys' fees, costs or disbursements to Plaintiff or Defendant by the Court.  Pursuant to the terms of the Agreement, the Court retains jurisdiction over disputes between the parties for purposes of enforcement of the settlement.

[INTENTIONALLY LEFT BLANK – SIGNATURES ON FOLLOWING PAGE]

11

BELL LAW GROUP, PLLC                    JACKSON LEWIS P.C.
*ATTORNEYS FOR PLAINTIFF*               *ATTORNEYS FOR DEFENDANT*
116 Jackson Avenue, Suite 300          58 South Service Rd., Ste. 250
Syosset, New York 11791                 Melville, New York 11747
Tel.: (516) 280-3008                    Tel.: (631) 247-0404


By: Chaya M. Gourarie                   By: Brian J. Shenker
    CHAYA GOURARIE, ESQ.              BRIAN J. SHENKER, ESQ.


Dated: Dec. 16, 2024                    Dated: Dec. 16, 2024


SO ORDERED THIS ____ DAY OF _____, 2024


_____

# EXHIBIT B

# EXHIBIT B

**Singh - Damages**
**Privileged and Confidential**

| YEAR | HOURS WORKED PER WEEK | HOURS PAID PER WEEK | UNPAID REGULAR HOURS | OT HOURS PER WEEK | ACTUAL HOURLY RATE* | Regular Damages per week | STATUTORY TIME-AND-A-HALF-RATE | OT DAMAGES PER WEEK | Regular Damages per Year | OT DAMAGES PER YEAR | Total Damages per year | LIQUIDATED DAMAGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 (52 wks) | 50 | 35 | 5 | 10 | $20.00 | $100.00 | $30.00 | $300.00 | $5,200.00 | $15,600.00 | $20,800.00 | $41,600.00 |
| 2019 (52 wks) | 50 | 35 | 5 | 10 | $20.00 | $100.00 | $30.00 | $300.00 | $5,200.00 | $15,600.00 | $20,800.00 | $41,600.00 |
| 2020 (52 wks) | 50 | 35 | 5 | 10 | $20.00 | $100.00 | $30.00 | $300.00 | $5,200.00 | $15,600.00 | $20,800.00 | $41,600.00 |
| 2021 (52 wks) | 50 | 35 | 5 | 10 | $20.00 | $100.00 | $30.00 | $300.00 | $5,200.00 | $15,600.00 | $20,800.00 | $41,600.00 |
| 2022 (12 wks) | 50 | 35 | 5 | 10 | $20.00 | $100.00 | $30.00 | $300.00 | $5,200.00 | $3,600.00 | $8,800.00 | $17,600.00 |
| NYWPTA | | | | | | | | | | \ | | $10,000.00 |
| Attorney Fees | | | | | | | | | | | | $10,000.00 |
| TOTAL | | | | | | | | | | | | $204,000.00 |

**Virdi - Damages**
**Privileged and Confidential**

| YEAR | HOURS WORKED PER WEEK | HOURS PAID PER WEEK | UNPAID REGULAR HOURS | OT HOURS PER WEEK | ACTUAL HOURLY RATE* | Regular Damages per week | STATUTORY TIME-AND-A-HALF-RATE | OT DAMAGES PER WEEK | Regular Damages per Year | OT DAMAGES PER YEAR | Total Damages per year | LIQUIDATED DAMAGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 (52 wks) | 48 | 35 | 5 | 8 | $32.00 | $160.00 | $48.00 | $384.00 | $8,320.00 | $19,968.00 | $28,288.00 | $56,576.00 |
| 2019 (52 wks) | 48 | 35 | 5 | 8 | $32.00 | $160.00 | $48.00 | $384.00 | $8,320.00 | $19,968.00 | $28,288.00 | $56,576.00 |
| 2020 (52 wks) | 48 | 35 | 5 | 8 | $32.00 | $160.00 | $48.00 | $384.00 | $8,320.00 | $19,968.00 | $28,288.00 | $56,576.00 |
| 2021 (52 wks) | 48 | 35 | 5 | 8 | $32.00 | $160.00 | $48.00 | $384.00 | $8,320.00 | $19,968.00 | $28,288.00 | $56,576.00 |
| 2022 (52 wks) | 48 | 35 | 5 | 8 | $32.00 | $160.00 | $48.00 | $384.00 | $8,320.00 | $19,968.00 | $28,288.00 | $56,576.00 |
| 2023 (44 weeks) | 48 | 35 | 5 | 8 | $32.00 | $160.00 | $48.00 | $384.00 | $7,040.00 | $16,896.00 | $23,936.00 | $47,872.00 |
| NYWPTA | | | | | | | | | | | | $10,000.00 |
| Attorney Fees | | | | | | | | | | | | $10,000.00 |
| TOTAL | | | | | | | | | | | | $350,752.00 |

**Kahn - Damages**

**Privileged and Confidential**

| YEAR | HOURS WORKED PER WEEK | HOURS PAID PER WEEK | UNPAID REGULAR HOURS | OT HOURS PER WEEK | ACTUAL HOURLY RATE* | Regular Damages per week | STATUTORY TIME-AND-A-HALF-RATE | OT DAMAGES PER WEEK | Regular Damages per Year | OT DAMAGES PER YEAR | Total Damages per year | LIQUIDATED DAMAGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 (52 wks) | 43 | 35 | 5 | 3 | $32.00 | $160.00 | $48.00 | $144.00 | $8,320.00 | $7,488.00 | $15,808.00 | $31,616.00 |
| 2023 (52 wks) | 51 | 35 | 5 | 11 | $32.00 | $160.00 | $48.00 | $528.00 | $8,320.00 | $27,456.00 | $35,776.00 | $71,552.00 |
| 2024 (20 wks) | 55 | 35 | 5 | 15 | $32.00 | $160.00 | $48.00 | $720.00 | $3,200.00 | $14,400.00 | $17,600.00 | $35,200.00 |
| NYWPTA | | | | | | | | | | | | $10,000.00 |
| Attorney Fees | | | | | | | | | | | | $10,000.00 |
| TOTAL | | | | | | | | | | | | $158,368.00 |

**EXHIBIT C**

| FeeDate | Staff | Staff Type | Subject | Description | Hours | Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 12/15/2024 | Chaya Gourarie | Attorney | Draft document - Cheeks Submission | Email attachment reviewed - Draft FLSA and FLSA Settlement Agreement - Copley (0.10 hrs) | 3.4 | $450 | $1,530 |
| 12/13/2024 | Chaya Gourarie | Attorney | Services provided on 12/13/2024 | - 5 emails sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley Coffee Holdings, LLC et al Memo Endorsement (0.20 hrs) | 0.9 | $450 | $405 |
| 12/12/2024 | Chaya Gourarie | Attorney | Services provided on 12/12/2024 | - 2 emails sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley C | 0.2 | $450 | $90 |
| 12/10/2024 | Chaya Gourarie | Attorney | Services provided on 12/10/2024 | - 1 email sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley Coffee Holdings, LLC et al Stipulation and Order (0.30 hrs)<br>- 3 emails sent/reviewed regarding Status (0.10 hrs) | 0.4 | $450 | $180 |
| 12/9/2024 | Chaya Gourarie | Attorney | Services provided on 12/9/2024 | 2 emails sent/reviewed regarding Status (0.10 hrs - Non-Billable)<br>- Settlement Agreement - Copley created (0.20 hrs)<br>- 1 email sent/reviewed regarding Status (0.10 hrs)<br>- 1 email sent/reviewed regarding Status (0.10 hrs) | 1.1 | $450 | $495 |
| 12/8/2024 | Chaya Gourarie | Attorney | Services provided on 12/8/2024 | - 2 emails sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley Coffee Holdings, LLC et al Stipulation and Order (0.40 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley Coffee Holdings, LLC et al Stipulation and Order (0.10 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley Coffee Holdings, LLC et al Stipulation and Order (0.10 hrs) | 0.8 | $450 | $360 |
| 12/4/2024 | Chaya Gourarie | Attorney | Services provided on 12/4/2024 | | 0.2 | $450 | $90 |
| 12/2/2024 | Chaya Gourarie | Attorney | Services provided on 12/2/2024 | - 5 emails sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley C | 0.2 | $450 | $90 |
| 11/26/2024 | Chaya Gourarie | Attorney | Services provided on 11/26/2024 | - 1 email sent/reviewed regarding Copley (0.10 hrs)<br>- Email attachment reviewed - Settlement Agreement -signed (0.10 hrs)<br>- 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.10 hrs)<br>- 2 emails sent/reviewed regarding 24-cv-478 Virdi et al v. Copley Coffee Holdings Arbitration (0.10 hrs) | 0.1 | $450 | $45 |
| 11/22/2024 | Chaya Gourarie | Attorney | Services provided on 11/22/2024 | - 1 email sent/reviewed regarding Copley (0.10 hrs) | 0.4 | $450 | $180 |
| 11/20/2024 | Chaya Gourarie | Attorney | Services provided on 11/20/2024 | - 1 email sent/reviewed regarding Status (0.20 hrs) | 0.2 | $450 | $90 |
| 11/12/2024 | Christine Civale | Admin | update firm/atty calendar with due date per court order | | 0.1 | $125 | $12.50 |
| 11/12/2024 | Christine Civale | Admin | Download and safe Order to SB | | 0.1 | $125 | $12.50 |
| 11/11/2024 | Chaya Gourarie | Attorney | Services provided on 11/11/2024 | - 4 emails sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley Coffee Holdings, LLC et al Stipulation and Order (0.10 hrs)<br>- 5 emails sent/reviewed regarding Status (0.20 hrs) | 0.3 | $450 | $135 |
| 11/11/2024 | Chaya Gourarie | Attorney | Phone Call with Virdi re status of court order | | 0.2 | $450 | $90 |
| 11/8/2024 | Chaya Gourarie | Attorney | Services provided on 11/8/2024 | - 2 emails sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley C | 0.1 | $450 | $45 |
| 11/7/2024 | Chaya Gourarie | Attorney | Services provided on 11/7/2024 | - 1 email sent/reviewed regarding Missed call from Bilal Khan (0.30 hrs)<br>- 1 email sent/reviewed regarding Status (0.20 hrs) | 0.3 | $450 | $135 |
| 11/6/2024 | Chaya Gourarie | Attorney | Services provided on 11/6/2024 | - 7 emails sent/reviewed regarding 24-cv-478 Virdi et al v. Copley Coffee Holdings Arbitration (0.40 hrs)<br>- Email attachment reviewed - Settlement Agreement -signed (0.10 hrs)<br>- 3 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.10 hrs) | 0.5 | $450 | $225 |
| 11/5/2024 | Chaya Gourarie | Attorney | Services provided on 11/5/2024 | | 0.2 | $450 | $90 |

| Date | Name | Role | Description | Detail | Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | | | | - 2 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.10 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding Status (0.10 hrs) | | | |
| 11/5/2024 | Christine Civale | Admin | Services provided on 11/5/2024 | - 2 emails sent/reviewed regarding Virdi et al v. Copley Coffee, et al (0.20 hrs) | 0.4 | $125 | $50.00 |
| 11/5/2024 | Christine Civale | Admin | Email to all client in response to Singh's email | | 0.1 | $125 | $12.50 |
| | | | | - Email attachment reviewed - Arbitration Stipulation - Copley (0.20 hrs) | | | |
| | | | | - 4 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. (0.20 hrs) | | | |
| 11/4/2024 | Chaya Gourarie | Attorney | Services provided on 11/4/2024 | - 3 emails sent/reviewed regarding Status (0.10 hrs) | 0.5 | $450 | $225 |
| 11/4/2024 | Christine Civale | Admin | Services provided on 11/4/2024 | - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24 | 0.1 | $125 | $12.50 |
| | | | | - 1 email sent/reviewed regarding Virdi, et al v. Copley Coffee, et al (0.10 hrs) | | | |
| | | | | - 3 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. | | | |
| 11/1/2024 | Chaya Gourarie | Attorney | Services provided on 11/1/2024 | 1:24-cv-00478-KPF (0.20 hrs) | 0.3 | $450 | $135 |
| | | | | - Khan-Copley Coffee Settlmnt Ck#'s  7194, 7197, 11.01.24 reviewed (0.10 hrs) | | | |
| | | | | - Virdi-Copley Coffee Settlmnt Ck#'s  7193, 7196, 11.01.24 reviewed (0.10 hrs) | | | |
| | | | | - Settlement Agreement -signed reviewed (0.10 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding Virdi-Copley Coffee Settlmnt Ck#'s  7193, 7196, 11.01.24 (0.10 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding Khan-Copley Coffee Settlmnt Ck#'s  7194, 7197, 11.01.24 (0.10 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding Singh-Copley Coffee Settlmnt Ck#'s  7195, 7192, | | | |
| 11/1/2024 | Christine Civale | Admin | Services provided on 11/1/2024 | 11.01.24 (0.10 hrs) | 0.6 | $125 | $75.00 |
| 11/1/2024 | Christine Civale | Admin | Save copies of settlement checks to file for attorney review | | 0.1 | $125 | $12.50 |
| | | | | - 2 emails sent/reviewed regarding Virdi settlement checks - being delivered to office shortly (0.10 hrs) | | | |
| 10/31/2024 | Chaya Gourarie | Attorney | Services provided on 10/31/2024 | - 5 emails sent/reviewed regarding Virdi, et al v. Copley Coffee, et al (0.10 hrs) | 0.2 | $450 | $90 |
| 10/30/2024 | Chaya Gourarie | Attorney | Services provided on 10/30/2024 | - 1 email sent/reviewed regarding Virdi, et al Tax Forms (0.10 hrs) | 0.1 | $450 | $45 |
| | | | | - Kahn W4 created (0.10 hrs) | | | |
| | | | | - Singh W9 & W4 created (0.10 hrs) | | | |
| | | | | - Virdi W4 created (0.10 hrs) | | | |
| | | | | - Virdi W9 created (0.10 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding MetroFax message from "unknown" - 1 page(s) (0.20 hrs) | | | |
| | | | | - 3 emails sent/reviewed regarding Virdi, et al v. Copley Coffee, et al (0.10 hrs) | | | |
| 10/30/2024 | Christine Civale | Admin | Services provided on 10/30/2024 | - 2 emails sent/reviewed regarding Virdi, et al Tax Forms (0.10 hrs) | 0.8 | $125 | $100.00 |
| 10/30/2024 | Christine Civale | Admin | Email all clients' W4s and W9s, and the firm W9 to opp counsel | | 0.1 | $125 | $12.50 |
| 10/30/2024 | Christine Civale | Admin | Email to Bilal to advise we still have not received his W9 | | 0.1 | $125 | $12.50 |
| 10/29/2024 | Christine Civale | Admin | Services provided on 10/29/2024 | - 2 emails sent/reviewed regarding Virdi, et al v. Copley Coffee, et al (0.20 hrs) | 0.2 | $125 | $25.00 |
| 10/29/2024 | Christine Civale | Admin | Email to Ravinder and Bilal to follow up on tax forms | | 0.1 | $125 | $12.50 |
| 10/29/2024 | Christine Civale | Admin | Phone Call to Bilal to follow up on tax forms | | 0.1 | $125 | $12.50 |
| 10/29/2024 | Christine Civale | Admin | Phone Call to Ravinder to follow up on tax forms | | 0.1 | $125 | $12.50 |
| 10/28/2024 | Chaya Gourarie | Attorney | Services provided on 10/28/2024 | - 2 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:2 | 0.2 | $450 | $90 |
| 10/28/2024 | Christine Civale | Admin | Services provided on 10/28/2024 | - 2 emails sent/reviewed regarding Virdi et al v. Copley Coffee, et al (0.10 hrs) | 0.1 | $125 | $12.50 |
| 10/28/2024 | Christine Civale | Admin | Email blank W4 and blank W9 to all clients | | 0.1 | $125 | $12.50 |

| Date | Name | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | - Settlement Agreement - Virdi et al. v. Copley Coffee Holdings LLC et al - Revised 2024-10-17 - FINAL created (0.10 hrs) | | | |
| | | | - 1 email sent/reviewed regarding Virdi - Settlement Agreement signed by all Clients (0.10 hrs) | | | |
| 10/27/2024 | Christine Civale | Admin | Services provided on 10/27/2024 | 0.2 | $125 | $25.00 |
| 10/27/2024 | Christine Civale | Admin | Combine all signature pages of client into 1 settlement agreement | 0.2 | $125 | $25.00 |
| 10/25/2024 | Christine Civale | Admin | Services provided on 10/25/2024 - 1 email sent/reviewed regarding Status (0.10 hrs) | 0.1 | $125 | $12.50 |
| 10/25/2024 | Christine Civale | Admin | Phone Call to Bilal to follow up on the signature page | 0.1 | $125 | $12.50 |
| 10/25/2024 | Christine Civale | Admin | Email back to Bilal to advise that the JPGs he sent us cannot be accepted | 0.1 | $125 | $12.50 |
| 10/24/2024 | Christine Civale | Admin | Services provided on 10/24/2024 - 3 emails sent/reviewed regarding Status (0.20 hrs) | 0.2 | $125 | $25.00 |
| 10/24/2024 | Christine Civale | Admin | Email and phone call to Bilal to follow up on status of the signature page | 0.1 | $125 | $12.50 |
| 10/23/2024 | Chaya Gourarie | Attorney | Services provided on 10/23/2024 | 0.3 | $450 | $135 |
| | | | - 2 emails sent/reviewed regarding Status (0.10 hrs) | | | |
| | | | - 1 email sent/reviewed regarding Status - signed agreement of 2 plaintiffs (Singh and Virdi) (0.20 hrs) | | | |
| | | | - 1 email sent/reviewed regarding Status - signed agreement of 2 plaintiffs (Singh and Virdi) (0.10 hrs) | | | |
| 10/23/2024 | Christine Civale | Admin | Services provided on 10/23/2024 - 3 emails sent/reviewed regarding Status (0.10 hrs) | 0.2 | $125 | $25.00 |
| 10/23/2024 | Christine Civale | Admin | Phone Call & email to Bilal requesting a better version of the signature page of Settlement Agreement | 0.2 | $125 | $25.00 |
| 10/22/2024 | Chaya Gourarie | Attorney | Services provided on 10/22/2024 - 1 email sent/reviewed regarding Status - signed agreement of 2 plaintiffs (Singh and Virdi) (0.10 hrs) | 0.2 | $450 | $90 |
| 10/20/2024 | Chaya Gourarie | Attorney | Services provided on 10/20/2024 - 8 emails sent/reviewed regarding Status (0.10 hrs) | 0.1 | $450 | $45 |
| 10/18/2024 | Chaya Gourarie | Attorney | Services provided on 10/18/2024 | 0.3 | $450 | $135 |
| | | | - 2 emails sent/reviewed regarding Status (0.10 hrs) | | | |
| | | | - Email attachment reviewed - Settlement Agreement - Virdi et al. v. Copley Coffee Holdings LLC et al - Revised 2024-10-17 (0.10 hrs) | | | |
| | | | - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.10 hrs) | | | |
| | | | - 3 emails sent/reviewed regarding Status (0.10 hrs) | | | |
| | | | - 8 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (1.00 hrs) | | | |
| | | | - 1 email sent/reviewed regarding 24-cv-478 Virdi et al v. Copley Coffee Holdings Arbitration (0.10 hrs) | | | |
| 10/17/2024 | Chaya Gourarie | Attorney | Services provided on 10/17/2024 | 1.3 | $450 | $585 |
| | | | - Phone call with chambers  (0.20 hrs) | | | |
| | | | - 1 email sent/reviewed regarding 24-cv-478 Virdi et al v. Copley Coffee Holdings Arbitration (0.10 hrs) | | | |
| | | | - 2 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.30 hrs) | | | |
| 10/16/2024 | Chaya Gourarie | Attorney | Services provided on 10/16/2024 | 0.4 | $450 | $180 |
| | | | - Email attachment reviewed - Settlement Agreement - Virdi et al. v. Copley Coffee Holdings LLC et al - BJS edits 10.14 (0.10 hrs) | | | |
| | | | - 7 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (1.00 hrs) | | | |
| 10/15/2024 | Chaya Gourarie | Attorney | Services provided on 10/15/2024 - 1 email sent/reviewed regarding Virdi & Singh vs. Copley Coffee Holdings, et al (0.10 hrs) | 1.2 | $450 | $540 |
| | | | - 2 emails sent/reviewed regarding Mediator's Proposal (0.20 hrs) | | | |
| | | | - 2 emails sent/reviewed regarding Status (0.10 hrs) | | | |
| | | | - 3 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.30 hrs) | | | |
| 10/13/2024 | Chaya Gourarie | Attorney | Services provided on 10/13/2024 | 0.4 | $450 | $180 |
| 10/13/2024 | Chaya Gourarie | Attorney | Draft document - proposed settlement agreement | 1 | $450 | $450 |

| Date | Name | Role | Description | Detail | Hrs | Rate | Amount |
|------|------|------|-------------|--------|-----|------|--------|
| | | | | - 3 emails sent/reviewed regarding 24-cv-478 Virdi et al v. Copley Coffee Holdings Arbitration (0.10 hrs) | | | |
| | | | | - 2 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.20 hrs) | | | |
| 10/11/2024 | Chaya Gourarie | Attorney | Services provided on 10/11/2024 | | 0.3 | $450 | $135 |
| 10/9/2024 | Chaya Gourarie | Attorney | Services provided on 10/9/2024 | - 1 email sent/reviewed regarding 24-cv-478 Virdi et al v. Copley Coffee Holdings Arbitration | 0.1 | $450 | $45 |
| | | | | - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.10 hrs) | | | |
| | | | | - 2 emails sent/reviewed regarding 24-cv-478 Virdi et al v. Copley Coffee Holdings Arbitration (0.10 hrs) | | | |
| 10/8/2024 | Chaya Gourarie | Attorney | Services provided on 10/8/2024 | | 0.2 | $450 | $90 |
| | | | | - 1 email sent/reviewed regarding 24-cv-478 Virdi et al v. Copley Coffee Holdings Arbitration (0.10 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding Status (0.30 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. | | | |
| 10/8/2024 | Christine Civale | Admin | Services provided on 10/8/2024 | 1:24-cv-00478-KPF (0.10 hrs) | 0.5 | $125 | $62.50 |
| 10/8/2024 | Christine Civale | Admin | Return phone call to Singh's wife advising that there are no updates after last week's email, CG has 2pm meeting with Mediator today | | 0.2 | $125 | $25.00 |
| 10/8/2024 | Christine Civale | Admin | Took phone call from Singh's wife, told her CG sent status to all client's last week | | 0.2 | $125 | $25.00 |
| | | | | - 7 emails sent/reviewed regarding 24-cv-478 Virdi et al v. Copley Coffee Holdings Arbitration (0.10 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. | | | |
| 10/7/2024 | Chaya Gourarie | Attorney | Services provided on 10/7/2024 | 1:24-cv-00478-KPF (0.10 hrs) | 0.2 | $450 | $90 |
| 10/7/2024 | Christine Civale | Admin | Services provided on 10/7/2024 | - 2 emails sent/reviewed regarding 24-cv-478 Virdi et al v. Copley Coffee Holdings Arbitration | 0.1 | $125 | $12.50 |
| 10/5/2024 | Chaya Gourarie | Attorney | Services provided on 10/5/2024 | - 1 email sent/reviewed regarding 24-cv-478 Virdi et al v. Copley Coffee Holdings Arbitration | 0.2 | $450 | $90 |
| 10/3/2024 | Christine Civale | Admin | Services provided on 10/3/2024 | - 1 email sent/reviewed regarding Status (0.10 hrs) | 0.1 | $125 | $12.50 |
| | | | | - 5 emails sent/reviewed regarding 24-cv-478 Virdi et al v. Copley Coffee Holdings Arbitration (0.10 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding Employment Claim: Sukhjinder Virdi, Ravinder Singh, and Bilal Khan (0.10 hrs) | | | |
| 10/2/2024 | Chaya Gourarie | Attorney | Services provided on 10/2/2024 | - 2 emails sent/reviewed regarding Status (0.10 hrs) | 0.3 | $450 | $135 |
| 10/1/2024 | Chaya Gourarie | Attorney | Services provided on 10/1/2024 | - 4 emails sent/reviewed regarding 24-cv-478 Virdi et al v. Copley Coffee Holdings Arbitration | 0.4 | $450 | $180 |
| 9/27/2024 | Chaya Gourarie | Attorney | Services provided on 9/27/2024 | - 3 emails sent/reviewed regarding 24-cv-478 Arbitration (0.10 hrs) | 0.1 | $450 | $45 |
| 9/24/2024 | Chaya Gourarie | Attorney | Services provided on 9/24/2024 | - 1 email sent/reviewed regarding 24-cv-478 Arbitration (0.10 hrs) | 0.1 | $450 | $45 |
| 9/23/2024 | Chaya Gourarie | Attorney | Services provided on 9/23/2024 | - 1 email sent/reviewed regarding Mediator's Proposal - Privileged & Confidential (0.10 hrs) | 0.1 | $450 | $45 |
| 8/23/2024 | Chaya Gourarie | Attorney | Services provided on 8/23/2024 | - 1 email sent/reviewed regarding Mediator's Proposal (0.40 hrs) | 0.4 | $450 | $180 |
| | | | | - 2 emails sent/reviewed regarding Mediator's Proposal - Privileged & Confidential (0.30 hrs) | | | |
| 8/22/2024 | Chaya Gourarie | Attorney | Services provided on 8/22/2024 | - 2 emails sent/reviewed regarding Mediator's Proposal (0.20 hrs) | 0.5 | $450 | $225 |
| | | | | - Email attachment reviewed - Virdi et al. - Mediation II Statement with Exhibits A-D (0.10 hrs) | | | |
| | | | | - PHOTO-202_3 reviewed (0.10 hrs) | | | |
| | | | | - 2 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee Holdings, et al (0.20 hrs) | | | |
| | | | | - 3 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.40 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding Employment Claim: Sukhjinder Virdi, Ravinder Singh, and Bilal Khan (0.10 hrs) | | | |
| 8/21/2024 | Chaya Gourarie | Attorney | Services provided on 8/21/2024 | - Mediation (check time) attended (7.50 hrs) | 8.4 | $450 | $3,780 |

| Date | Name | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | - Virdi v Copley Mediation Agreement - August 2024 -signed by CG & Mediator created (0.10 hrs) | | | |
| | | | - 3 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. | | | |
| 8/21/2024 | Christine Civale | Admin | Services provided on 8/21/2024    1:24-cv-00478-KPF (0.30 hrs) | 0.4 | $125 | $50.00 |
| 8/21/2024 | Christine Civale | Admin | Phone Call to client Virdi re: mediation; left voicemail | 0.1 | $125 | $12.50 |
| 8/21/2024 | Christine Civale | Admin | Send CG's signed Mediation Agreement to Mediator & opp counsel | 0.2 | $125 | $25.00 |
| 8/20/2024 | Chaya Gourarie | Attorney | Phone Call with OC re mediation | 0.4 | $450 | $180 |
| | | | - 9 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.30 hrs) | | | |
| | | | - 4 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee Holdings, et al (0.10 hrs) | | | |
| | | | - 6 emails sent/reviewed regarding Virdi et al v. Copley (0.10 hrs) | | | |
| 8/20/2024 | Chaya Gourarie | Attorney | Services provided on 8/20/2024    - Call with OC - he will call  attended (0.50 hrs) | 1 | $450 | $450 |
| 8/20/2024 | Christine Civale | Admin | Services provided on 8/20/2024    - 1 email sent/reviewed regarding Virdi et al vs. Copley Coffee Holdings, et al (0.10 hrs) | 0.1 | $125 | $12.50 |
| 8/20/2024 | Christine Civale | Admin | Phone Call to Client Singh to confirm he will be appearing at mediation; left voicemail | 0.1 | $125 | $12.50 |
| 8/20/2024 | Christine Civale | Admin | Phone Call to Client Virdi to confirm he will be appearing at mediation | 0.1 | $125 | $12.50 |
| | | | - 8 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.50 hrs) | | | |
| | | | - 1 email sent/reviewed regarding Virdi, et al vs. Copley Coffee Holdings, et al (0.10 hrs) | | | |
| 8/19/2024 | Chaya Gourarie | Attorney | Services provided on 8/19/2024    - Call with Alfred Feliu attended (0.50 hrs) | 1.1 | $450 | $495 |
| | | | - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, et al (0.10 hrs) | | | |
| | | | - 5 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. | | | |
| 8/19/2024 | Christine Civale | Admin | Services provided on 8/19/2024    1:24-cv-00478-KPF (0.30 hrs) | 0.4 | $125 | $50.00 |
| 8/19/2024 | Christine Civale | Admin | Email Zoom link for mediation to all clients | 0.2 | $125 | $25.00 |
| | | | - Email attachment reviewed - Virdi et al. - Mediation Statement with Exhibits A-D (0.10 hrs) | | | |
| | | | - Virdi Class Action Complaint - final for filing reviewed (0.10 hrs) | | | |
| | | | - 1 email sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - PERSONAL & CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY (0.30 hrs) | | | |
| | | | - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. | | | |
| 8/18/2024 | Chaya Gourarie | Attorney | Services provided on 8/18/2024    1:24-cv-00478-KPF (0.10 hrs) | 0.6 | $450 | $270 |
| 8/18/2024 | Chaya Gourarie | Attorney | Draft document - mediation statement and compiling Exhibits A-D | 4.5 | $450 | $2,025 |
| 8/15/2024 | Christine Civale | Admin | Services provided on 8/15/2024    - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:2 | 0.1 | $125 | $12.50 |
| 8/14/2024 | Chaya Gourarie | Attorney | Services provided on 8/14/2024    - 2 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:2 | 0.1 | $450 | $45 |
| 8/14/2024 | Christine Civale | Admin | Saved various emails re: mediation to SB - 4 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:2 | 0.3 | $125 | $37.50 |
| 8/14/2024 | Christine Civale | Admin | Email copy of Amended Complaint to the mediator | 0.1 | $125 | $12.50 |
| 8/14/2024 | Christine Civale | Admin | update firm/atty calendar to add deadline of updated Mediation Statement & call with CG & mediator | 0.1 | $125 | $12.50 |
| | | | - 2 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.10 hrs) | | | |
| | | | - 2 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - Amended Complaint | | | |
| 8/13/2024 | Christine Civale | Admin | Services provided on 8/13/2024    (0.20 hrs) | 0.3 | $125 | $37.50 |
| 8/8/2024 | Christine Civale | Admin | Services provided on 8/8/2024    - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24 | 0.2 | $125 | $25.00 |
| 8/6/2024 | Chaya Gourarie | Attorney | Services provided on 8/6/2024    - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24 | 0.1 | $450 | $45 |
| 8/5/2024 | Chaya Gourarie | Attorney | Services provided on 8/5/2024    - 3 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:2 | 0.3 | $450 | $135 |
| 8/5/2024 | Christine Civale | Admin | Services provided on 8/5/2024    - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24 | 0.1 | $125 | $12.50 |
| 8/2/2024 | Chaya Gourarie | Attorney | Services provided on 8/2/2024    - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24 | 0.1 | $450 | $45 |
| 8/2/2024 | Christine Civale | Admin | Services provided on 8/2/2024    - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24 | 0.2 | $125 | $25.00 |

| Date | Name | Role | Description | | Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 7/23/2024 | Chaya Gourarie | Attorney | Services provided on 7/23/2024 | - Call re: Mediation ((212) 763-6809 - PIN: 6809) attended (0.50 hrs) | 0.5 | $450 | $225 |
| 7/23/2024 | Christine Civale | Admin | Services provided on 7/23/2024 | - 1 email sent/reviewed regarding Virdi case - opt in form for FLSA Collective Action (0.20 hrs | 0.2 | $125 | $25.00 |
| 7/23/2024 | Chaya Gourarie | Attorney | Phone call with mediator and OC re issues in case | | 0.5 | $450 | $225 |
| 7/22/2024 | Chaya Gourarie | Attorney | Services provided on 7/22/2024 | - 2 emails sent/reviewed regarding Virdi et al vs. Copley Coffee, et al - PERSONAL & CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY (0.10 hrs)<br>- 4 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.10 hrs) | 0.2 | $450 | $90 |
| 7/22/2024 | Christine Civale | Admin | Services provided on 7/22/2024 | - 1 email sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley Co | 0.1 | $125 | $12.50 |
| 7/19/2024 | Christine Civale | Admin | Re-file the 4 Amended Summons per Court's instructions | | 0.2 | $125 | $25.00 |
| 7/18/2024 | Chaya Gourarie | Attorney | Services provided on 7/18/2024 | - 2 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:2 | 0.3 | $450 | $135 |
| 7/18/2024 | Christine Civale | Admin | Phone Call to client (Singh); left voicemail one 1 line and spoke to a woman on another line and asked her to have him call us | - 2 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.20 hrs) | 0.2 | $125 | $25.00 |
| 7/17/2024 | Chaya Gourarie | Attorney | Services provided on 7/17/2024 | - 1 email sent/reviewed regarding Virdi, et al vs. Copley Coffee Holdings, et al (0.10 hrs) | 0.3 | $450 | $135 |
| 7/17/2024 | Christine Civale | Admin | Services provided on 7/17/2024 | - 3 emails sent/reviewed regarding Virdi et al vs. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.10 hrs)<br>- 2 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee Holdings, et al (0.20 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley Coffee Holdings, LLC et al Order on Motion for Extension of Time (0.10 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley Coffee Holdings, LLC et al Order on Motion for Conference (0.10 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley Coffee Holdings, LLC et al Motion for Extension of Time (0.10 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley Coffee Holdings, LLC et al Motion for Conference (0.10 hrs) | 0.5 | $125 | $62.50 |
| 7/17/2024 | Christine Civale | Admin | Email to clients to get availability for 8/21 mediation with new mediator | | 0.1 | $125 | $12.50 |
| 7/15/2024 | Chaya Gourarie | Attorney | Services provided on 7/15/2024 | - Email attachment reviewed - Virdi - joint letter 7.15.24 (0.10 hrs)<br>- 10 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - PERSONAL & CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY (0.60 hrs)<br>- 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC et al., 1:24-cv-00478 - Courtesy Copies (0.20 hrs)<br>- 3 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, Docket No. 1:24-cv-00478-KPF (0.20 hrs) | 1.1 | $450 | $495 |
| 7/15/2024 | Chaya Gourarie | Attorney | Draft document - joint letter re extension and filing same | | 0.8 | $450 | $360 |
| 7/14/2024 | Chaya Gourarie | Attorney | Draft document - finalizing letter to court and filing same | | 0.8 | $450 | $360 |
| 7/14/2024 | Chaya Gourarie | Attorney | Services provided on 7/14/2024 | - Virdi - pre-conference letter - final for filing v2 created (0.10 hrs) | 0.1 | $450 | $45 |
| 7/13/2024 | Chaya Gourarie | Attorney | Draft document - letter to court re amended complaint | | 1.8 | $450 | $810 |
| 7/13/2024 | Chaya Gourarie | Attorney | Legal Research - filing amended complaint under Rule 15 | | 2.2 | $450 | $990 |
| 7/12/2024 | Chaya Gourarie | Attorney | Services provided on 7/12/2024 | - 2 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - PERSONAL & CONFIC | 0.3 | $450 | $135 |
| 7/12/2024 | Christine Civale | Admin | Phone Call to Court re: the Amended Complaint deficiency | | 0.2 | $125 | $25.00 |
| 7/11/2024 | Chaya Gourarie | Attorney | Services provided on 7/11/2024 | - 2 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - PERSONAL & CONFIC<br>- 1 email sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley Coffee Holdings, LLC et al Amended Complaint (0.10 hrs) | 0.1 | $450 | $45 |
| 7/10/2024 | Christine Civale | Admin | Services provided on 7/10/2024 | - 1 email sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - PERSONAL & CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY (0.10 hrs) | 0.2 | $125 | $25.00 |

| Date | Name | Role | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/9/2024 | Chaya Gourarie | Attorney | Services provided on 7/9/2024<br>- Email attachment reviewed - Virdi Class Action Amended Complaint v4 (0.30 hrs)<br>- Virdi Class Action Complaint - final for filing reviewed (0.30 hrs)<br>- Email attachment reviewed - Amended Summons (Copley Coffee Holdings LLC) (0.10 hrs)<br>- 1 email sent/reviewed regarding Virdi Amended Complaint (1.00 hrs)<br>- 6 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - Amended Complaint (0.40 hrs)<br>- Amended Summons (Copley Coffee Holdings LLC) created (0.10 hrs)<br>- Amended Summons (Copley DB 1 LLC) created (0.10 hrs)<br>- Amended Summons (East Side DD 108 LLC) created (0.10 hrs)<br>- Amended Summons (East Side DD LLC) created (0.10 hrs)<br>- Exhibit A -final created (0.10 hrs)<br>- Exhibit B -final created (0.10 hrs)<br>- Virdi Class Action Complaint - final for filing edited and reviewed (0.60 hrs)<br>- Email attachment reviewed - Virdi Class Action Amended Complaint - final for filing (0.10 hrs)<br>- 2 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - Amended Complaint (0.50 hrs) | 2.1 | $450 | $945 |
| 7/9/2024 | Christine Civale | Admin | Services provided on 7/9/2024 | 1.8 | $125 | $225.00 |
| 7/9/2024 | Christine Civale | Admin | eFile Amended Complaint (with 2 Exhibits) and the 4 Amended Summons | 0.1 | $125 | $12.50 |
| 7/9/2024 | Christine Civale | Admin | Finalize Amended Complaint | 0.2 | $125 | $25.00 |
| 7/9/2024 | Christine Civale | Admin | Draft 4 Amended Summons | 0.3 | $125 | $37.50 |
| 7/8/2024 | Chaya Gourarie | Attorney | Services provided on 7/8/2024<br>- Amended Complaint as to Plaintiff Khan reviewed (1.10 hrs)<br>- Email attachment reviewed - Virdi Class Action Amended Complaint v3 (0.10 hrs)<br>- Virdi Class Action Complaint - final for filing reviewed (0.40 hrs)<br>- 1 email sent/reviewed regarding Virdi Amended Complaint (0.30 hrs)<br>- 1 email sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - Amended Complaint (0.20 hrs)<br>- 3 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - PERSONAL & CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY (0.10 hrs) | 2.2 | $450 | $990 |
| 7/8/2024 | Christine Civale | Admin | Services provided on 7/8/2024<br>- 1 email sent/reviewed regarding Mediation Invoice; Virdi et al v. Copley Coffee Holdings, LL | 0.1 | $125 | $12.50 |
| 7/7/2024 | Chaya Gourarie | Attorney | Services provided on 7/7/2024<br>- Virdi Class Action Complaint - final for filing reviewed (2.30 hrs)<br>- 1 email sent/reviewed regarding Mediation Invoice; Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.10 hrs)<br>- 1 email sent/reviewed regarding Virdi Amended Complaint (0.10 hrs) | 2.5 | $450 | $1,125 |
| 7/2/2024 | Christine Civale | Admin | Services provided on 7/2/2024<br>- 2 emails sent/reviewed regarding Mediation Invoice; Virdi et al v. Copley Coffee Holdings, L | 0.1 | $125 | $12.50 |
| 7/1/2024 | Chaya Gourarie | Attorney | Phone Call with Mr. Khan | 0.1 | $450 | $45 |
| 6/28/2024 | Chaya Gourarie | Attorney | Services provided on 6/28/2024<br>- Memo edited - Meeting with Bilal Khan  (0.10 hrs) | 0.1 | $450 | $45 |
| 6/25/2024 | Chaya Gourarie | Attorney | Services provided on 6/25/2024<br>- Email attachment reviewed - Bilal Khan- Mutual Dispute Resolution Agreement (0.10 hrs)<br>- 2 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC - Privileged & Confidential (FRCP 407) (0.10 hrs) | 0.2 | $450 | $90 |
| 6/25/2024 | Chaya Gourarie | Attorney | Phone Call with Bilal Khan re arbitration | 0.1 | $450 | $45 |

| Date | Name | Role | Description | Detail | Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | | | | - Doc1 reviewed (0.40 hrs) | | | |
| | | | | - Amended Complaint as to Plaintiff Khan reviewed (0.30 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding Mediation Instructions; Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.20 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding Sample briefing/pleadings on 26 U.S.C. 7434 (0.10 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding Sample briefing/pleadings on 26 U.S.C. 7434 (0.10 hrs) | | | |
| 6/24/2024 | Chaya Gourarie | Attorney | Services provided on 6/24/2024 | - Mediation (Zoom) attended (7.00 hrs) | 8.1 | $450 | $3,645 |
| 6/23/2024 | Chaya Gourarie | Attorney | Services provided on 6/23/2024 | - 1 email sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - PERSONAL & CONFIDE | 0.1 | $450 | $45 |
| 6/22/2024 | Chaya Gourarie | Attorney | Draft document - mediation statement | | 2.5 | $450 | $1,125 |
| 6/22/2024 | Chaya Gourarie | Attorney | Draft document - amended complaint as to Khan + legal research | | 3.5 | $450 | $1,575 |
| 6/22/2024 | Chaya Gourarie | Attorney | Phone Calls with clients re mediation statement | | 0.5 | $450 | $225 |
| | | | | - 3 emails sent/reviewed regarding Employment Claim: Sukhjinder Virdi, Ravinder Singh, and Bilal Khan (0.10 hrs - Non-Billable) | | | |
| | | | | - 2 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al (0.30 hrs - Non-Billable) | | | |
| | | | | - 2 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al. - Privileged and Confidential (0.20 hrs - Non-Billable) | | | |
| | | | | - 3 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - PERSONAL & | | | |
| 6/22/2024 | Chaya Gourarie | Attorney | Services provided on 6/22/2024 | CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY (0.20 hrs - Non-Billable) | 0.8 | $450 | $360 |
| 6/21/2024 | Chaya Gourarie | Attorney | Draft document - mediation statement | | 0.6 | $450 | $270 |
| 6/21/2024 | Chaya Gourarie | Attorney | Review documents - all text messages and prepared same for turning over to OC | | 0.6 | $450 | $270 |
| 6/21/2024 | Chaya Gourarie | Attorney | Phone Call with OC re mediation | | 0.6 | $450 | $270 |
| | | | | - 1 email sent/reviewed regarding Sample briefing/pleadings on 26 U.S.C. 7434 (0.10 hrs - Non-Billable) | | | |
| | | | | - 1 email sent/reviewed regarding Sample briefing/pleadings on 26 U.S.C. 7434 (0.20 hrs - Non-Billable) | | | |
| | | | | - 1 email sent/reviewed regarding Sample briefing/pleadings on 26 U.S.C. 7434 (0.20 hrs - Non-Billable) | | | |
| | | | | - 1 email sent/reviewed regarding Sample briefing/pleadings on 26 U.S.C. 7434 (0.10 hrs - Non-Billable) | | | |
| | | | | - 1 email sent/reviewed regarding Sample briefing/pleadings on 26 U.S.C. 7434 (0.20 hrs - Non-Billable) | | | |
| | | | | - 1 email sent/reviewed regarding Sample briefing/pleadings on 26 U.S.C. 7434 (0.10 hrs - Non-Billable) | | | |
| | | | | - 2 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - PERSONAL & CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY (0.10 hrs - Non-Billable) | | | |
| | | | | - 1 email sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al (0.10 hrs - Non- | | | |
| 6/21/2024 | Chaya Gourarie | Attorney | Services provided on 6/21/2024 | Billable) | 1.1 | $450 | $495 |
| | | | | - PHOTO-202 reviewed (0.10 hrs) | | | |
| | | | | - Text Messages created, then reviewed (0.10 hrs) | | | |
| | | | | - Khan - Production for Settlement (P000357 - P000361) created (0.10 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - PERSONAL & CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY (0.20 hrs) | | | |
| 6/21/2024 | Christine Civale | Admin | Services provided on 6/21/2024 | - 1 email sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al (0.10 hrs) | 0.5 | $125 | $62.50 |
| 6/21/2024 | Christine Civale | Admin | Email additional document production to opp counsel | | 0.1 | $125 | $12.50 |

| Date | Name | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/21/2024 | Christine Civale | Admin | Prepare Text Messages from Bilal Khan for discovery production | 0.2 | $125 | $25.00 |
| 6/20/2024 | Chaya Gourarie | Attorney | Services provided on 6/20/2024 - 3 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - PERSONAL & CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY (0.50 hrs) - 1 email sent/reviewed regarding Sample briefing/pleadings on 26 U.S.C. 7434 (0.10 hrs) | 0.6 | $450 | $270 |
| 6/20/2024 | Christine Civale | Admin | Services provided on 6/20/2024 - 1 email sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - PERSONAL & CONFIDE | 0.1 | $125 | $12.50 |
| 6/19/2024 | Chaya Gourarie | Attorney | Services provided on 6/19/2024 - Email attachment reviewed - Virdi et al v. Copley Coffee Holdings LLC - Privileged Confidential (FRCP 407) (0.20 hrs) - 1 email sent/reviewed regarding Mediation Instructions; Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.10 hrs) - 2 emails sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - PERSONAL & CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY (0.10 hrs) | 0.4 | $450 | $180 |
| 6/18/2024 | Chaya Gourarie | Attorney | Draft document - amended complaint as to Mr. Khan | 0.6 | $450 | $270 |
| 6/18/2024 | Chaya Gourarie | Attorney | Review documents and developing damages chart | 1.2 | $450 | $540 |
| 6/18/2024 | Chaya Gourarie | Attorney | Services provided on 6/18/2024 - Email attachment reviewed - Khan - Production for Settlement (0.10 hrs) - 1 email sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - PERSONAL & CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY (0.20 hrs) - 1 email sent/reviewed regarding Employment Claim: Sukhjinder Virdi, Ravinder Singh, and Bilal Khan (0.10 hrs) | 0.3 | $450 | $135 |
| 6/18/2024 | Christine Civale | Admin | Services provided on 6/18/2024 - 1 email sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al - PERSONAL & CONFIDENTIAL - FOR SETTLEMENT PURPOSES ONLY (0.10 hrs) | 0.2 | $125 | $25.00 |
| 6/18/2024 | Christine Civale | Admin | Email Bilal Kahn Discovery Production to opp counsel | 0.1 | $125 | $12.50 |
| 6/13/2024 | Chaya Gourarie | Attorney | Services provided on 6/13/2024 - Email attachment reviewed - Virdi v. Copley Coffee - Ltr. req. extension of time to mediate 4853-9531-3607 v.1 (0.10 hrs) - Email attachment reviewed - Khan - Production for Settlement (0.10 hrs) - 5 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC - Privileged & Confidential (FRCP 407) (0.30 hrs) - Bilal Khan's Pay Records (combined to 1 PDF) created, then reviewed (0.20 hrs) - Virdi - Production for Settlement reviewed (0.10 hrs) - Khan - Production for Settlement edited and reviewed (0.10 hrs) - 9 emails sent/reviewed regarding (no subject) (0.20 hrs) - 3 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC - Privileged & Confidential (FRCP 407) (0.10 hrs) - 1 email sent/reviewed regarding Employment Claim: Sukhjinder Virdi, Ravinder Singh, and | 0.5 | $450 | $225 |
| 6/13/2024 | Christine Civale | Admin | Services provided on 6/13/2024 - 1 email sent/reviewed regarding Bilal Khan Production - Final Version (0.10 hrs) | 0.9 | $125 | $112.50 |
| 6/13/2024 | Christine Civale | Admin | Prepare records provided by Bilal Khan for production | 0.2 | $125 | $25.00 |
| 6/13/2024 | Christine Civale | Admin | Begin review of Defendant's Discovery Production with regards to Bilal Khan | 0.1 | $125 | $12.50 |
| 6/13/2024 | Christine Civale | Admin | Email Bilal Khan a copy of Defendant's Document Production | 0.1 | $125 | $12.50 |
| 6/13/2024 | Christine Civale | Admin | Download various texts, audio recordings & videos to SB from Bilal | 0.2 | $125 | $25.00 |
| 6/12/2024 | Christine Civale | Admin | Services provided on 6/12/2024 - Email attachment reviewed - Bilal Khan - Time and Pay Records (1) (0.10 hrs) - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC - Privileged & Confidential (FRCP 407) (0.10 hrs) - BK 1 reviewed (0.10 hrs) | 0.2 | $125 | $25.00 |
| 6/6/2024 | Christine Civale | Admin | Services provided on 6/6/2024 - BK 1 reviewed (0.10 hrs) | 0.2 | $125 | $25.00 |
| 6/6/2024 | Christine Civale | Admin | Print all of BK's paystubs | 0.5 | $125 | $62.50 |
| 5/28/2024 | Chaya Gourarie | Attorney | Services provided on 5/28/2024 - 1 email sent/reviewed regarding Sukhjinder Virdi, Ravinder Singh, and Bilal Khan - New Mec | 0.2 | $450 | $90 |

| Date | Name | Role | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5/23/2024 | Chaya Gourarie | Attorney | Services provided on 5/23/2024 | - 6 emails sent/reviewed regarding Mediation Instructions; Virdi et al v. Copley Coffee Holdin<br>- 1 email sent/reviewed regarding Mediation Instructions; Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.10 hrs)<br>- 1 email sent/reviewed regarding Sukhjinder Virdi, Ravinder Singh, and Bilal Khan - New Mediation Date (0.10 hrs) | 0.3 | $450 | $135 |
| 5/23/2024 | Christine Civale | Admin | Services provided on 5/23/2024 | | 0.2 | $125 | $25.00 |
| 5/23/2024 | Christine Civale | Admin | Email all 3 clients with the new mediation date | | 0.1 | $125 | $12.50 |
| 5/22/2024 | Chaya Gourarie | Attorney | Email Correspondence (multiple) with OC and mediator re mediation date and adding Bilal Khan | | 0.5 | $450 | $225 |
| 5/22/2024 | Chaya Gourarie | Attorney | Meeting (in person) with Bilal Khan - review of his records and follow up intake | | 1.8 | $450 | $810 |
| 5/22/2024 | Christine Civale | Admin | Services provided on 5/22/2024 | - BK 1 created (0.10 hrs)<br>- 1 email sent/reviewed regarding Virdi, et al vs. Copley Coffee, et al (0.10 hrs)<br>- 1 email sent/reviewed regarding Sukhjinder Virdi, et al vs. Copley Coffee Holdings, LLC, et al (0.10 hrs) | 0.3 | $125 | $37.50 |
| 5/22/2024 | Christine Civale | Admin | Call FedEx Office to see how much printing/binding costs | | 0.1 | $125 | $12.50 |
| 5/22/2024 | Christine Civale | Admin | eFile Consent to Become Party Plaintiff and/or to Join Collective Class | | 0.1 | $125 | $12.50 |
| 5/22/2024 | Christine Civale | Admin | Download and save Bilal Khan's documents to SB | | 0.1 | $125 | $12.50 |
| 5/22/2024 | Christine Civale | Admin | Meeting with CG and Bilal Khan | | 1.2 | $125 | $150.00 |
| 5/22/2024 | Christine Civale | Admin | Email Virdi & Singh to advise that Friday's mediation is being adjourned to a new date | | 0.1 | $125 | $12.50 |
| 5/20/2024 | Christine Civale | Admin | Services provided on 5/20/2024 | - 1 email sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley Coffee Holdings, LLC et al Order on Motion for Extension of Time (0.10 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 1:24-cv-00478-KPF Virdi et al v. Copley Coffee Holdings, LLC et al Set/Reset Deadlines (0.10 hrs) | 0.2 | $125 | $25.00 |
| 5/15/2024 | Chaya Gourarie | Attorney | Draft document - court letter for extension of time | | 0.3 | $450 | $135 |
| 5/15/2024 | Chaya Gourarie | Attorney | Services provided on 5/15/2024 | - Email attachment reviewed - Virdi Sampling (0.10 hrs)<br>- Email attachment reviewed - Adjournment Request 5.15.24 (0.20 hrs)<br>- 1 email sent/reviewed regarding Virdi Docs (combined into 1 PDF) (0.20 hrs)<br>- 2 emails sent/reviewed regarding Virdi Sampling - new (0.10 hrs)<br>- 7 emails sent/reviewed regarding Virdi v. Copley Coffee (0.40 hrs)<br>- 3 emails sent/reviewed regarding Virdi Draft (0.30 hrs)<br>- Virdi Sampling edited and reviewed (0.10 hrs)<br>- Adjournment Request 5.15.24 v1 created, then reviewed (0.30 hrs)<br>- 1 email sent/reviewed regarding Virdi v. Copley Coffee (0.10 hrs)<br>- 1 email sent/reviewed regarding Sukhjinder Virdi, et al vs. Copley Coffee Holdings, LLC, et al (0.10 hrs)<br>- 2 emails sent/reviewed regarding Virdi Sampling - new (0.10 hrs)<br>- 1 email sent/reviewed regarding Mediation Instructions; Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.10 hrs)<br>- 2 emails sent/reviewed regarding Virdi Draft (0.20 hrs) | 1.3 | $450 | $585 |
| 5/15/2024 | Christine Civale | Admin | Services provided on 5/15/2024 | | 1 | $125 | $125.00 |
| 5/15/2024 | Christine Civale | Admin | eFile adjournment request | | 0.2 | $125 | $25.00 |
| 5/15/2024 | Christine Civale | Admin | Email "Virdi -Production for Settlement" to opp counsel | | 0.1 | $125 | $12.50 |
| 5/15/2024 | Christine Civale | Admin | Draft letter to Judge requesting adjournment of Mediation deadline | | 0.1 | $125 | $12.50 |
| 5/15/2024 | Christine Civale | Admin | Add Bates Stamps & Footer to Virdi Sampling | | 0.1 | $125 | $12.50 |

| Date | Name | Role | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | | | | - May 7-May 13 reviewed (0.10 hrs) | | | |
| | | | | - May 21-May 27 reviewed (0.10 hrs) | | | |
| | | | | - Oct 1-Oct 7 reviewed (0.10 hrs) | | | |
| | | | | - Sep 24-Sep 30 reviewed (0.10 hrs) | | | |
| | | | | - Virdi Sampling created (0.10 hrs) | | | |
| | | | | - Virdi Sampling created, then reviewed (0.10 hrs) | | | |
| 5/14/2024 | Christine Civale | Admin | Services provided on 5/14/2024 | - 1 email sent/reviewed regarding Virdi Docs (combined into 1 PDF) (0.10 hrs) | 0.7 | $125 | $87.50 |
| 5/14/2024 | Christine Civale | Admin | Create 1 PDF with all of client, Virdi's paystubs and screenshots from Paychex | | 0.3 | $125 | $37.50 |
| | | | | - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC - Privileged & Confidential (FRCP 407) (0.10 hrs) | | | |
| 5/13/2024 | Chaya Gourarie | Attorney | Services provided on 5/13/2024 | - 1 email sent/reviewed regarding Virdi/Singh vs. Copley Coffee Holdings, et al (0.10 hrs) | 0.2 | $450 | $90 |
| | | | | - CheckStub_2023-09-29 reviewed (0.10 hrs) | | | |
| | | | | - Screenshot 2023-10-08 193529 reviewed (0.10 hrs) | | | |
| | | | | - v2 Complaint reviewed (0.10 hrs) | | | |
| | | | | - Virdi Sampling created, then reviewed (0.10 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding Virdi docs (0.10 hrs) | | | |
| | | | | - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC - Privileged & Confidential (FRCP 407) (0.10 hrs) | | | |
| 5/13/2024 | Christine Civale | Admin | Services provided on 5/13/2024 | - 1 email sent/reviewed regarding Virdi/Singh vs. Copley Coffee Holdings, et al (0.10 hrs) | 0.7 | $125 | $87.50 |
| 5/13/2024 | Christine Civale | Admin | Email both clients documents provided by opp. counsel | | 0.1 | $125 | $12.50 |
| 5/13/2024 | Christine Civale | Admin | Email PDF version of screenshots to client Virdi with questions | | 0.1 | $125 | $12.50 |
| 5/13/2024 | Christine Civale | Admin | Meeting with CG re: screenshots | | 0.2 | $125 | $25.00 |
| 5/13/2024 | Christine Civale | Admin | Print all Virdi's screenshots & re-scan in as PDF | | 0.3 | $125 | $37.50 |
| 5/13/2024 | Chaya Gourarie | Attorney | Phone Call with client | | 0.1 | $450 | $45 |
| 5/13/2024 | Chaya Gourarie | Attorney | Meeting with mediator and OC | | 0.8 | $450 | $360 |
| 5/13/2024 | Christine Civale | Admin | Text to Bilal Khan per CG to see if he wants to join in Mediation on 5/24. | | 0.1 | $125 | $12.50 |
| 5/13/2024 | Christine Civale | Admin | Phone Call to Bilal Khan; left voicemail | | 0.1 | $125 | $12.50 |
| 5/10/2024 | Chaya Gourarie | Attorney | Email Correspondence with mediator and client re meeting on Monday | | 0.2 | $450 | $90 |
| 5/8/2024 | Chaya Gourarie | Attorney | Services provided on 5/8/2024 | - 3 emails sent/reviewed regarding Mediation Instructions; Virdi et al. v. Copley Coffee Holdin | 0.3 | $450 | $135 |
| 5/8/2024 | Christine Civale | Admin | Services provided on 5/8/2024 | - 1 email sent/reviewed regarding VIrdi Complaint (0.10 hrs) | 0.1 | $125 | $12.50 |
| 5/7/2024 | Christine Civale | Admin | Services provided on 5/7/2024 | - 1 email sent/reviewed regarding Mediation Instructions; Virdi et al v. Copley Coffee Holding | 0.1 | $125 | $12.50 |
| 5/6/2024 | Chaya Gourarie | Attorney | Email Correspondence to OC and mediator re mediation prep | | 0.2 | $450 | $90 |
| | | | | - 1 Complaint reviewed (0.10 hrs - Non-Billable) | | | |
| | | | | - Virdi-Singh Chart reviewed (0.10 hrs - Non-Billable) | | | |
| | | | | - 2 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.20 hrs - Non-Billable) | | | |
| | | | | - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC - Privileged & Confidential (FRCP 407) (0.10 hrs - Non-Billable) | | | |
| 4/15/2024 | Chaya Gourarie | Attorney | Services provided on 4/15/2024 | - Email attachment reviewed - Virdi Damages Chart (0.10 hrs) | 0.5 | $450 | $225 |
| | | | | - Virdi-Singh Chart created (0.10 hrs) | | | |
| | | | | - 3 emails sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.40 hrs) | | | |
| 4/15/2024 | Christine Civale | Admin | Services provided on 4/15/2024 | - 2 emails sent/reviewed regarding Virdi and Singh v. Copley Coffee (0.50 hrs) | 1.1 | $125 | $137.50 |
| 4/15/2024 | Christine Civale | Admin | Email clients to advise that Mediation is scheduled for 5/24/24 and to provide them with the Zoom link | | 0.1 | $125 | $12.50 |
| 4/15/2024 | Christine Civale | Admin | update firm/atty calendar to add Mediation date on 5/24/24 | | 0.1 | $125 | $12.50 |

| Date | Name | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/15/2024 | Christine Civale | Admin | Convert damages chart to PDF per CG & add "privileged and confidential" footer | 0.1 | $125 | $12.50 |
| 4/15/2024 | Chaya Gourarie | Attorney | Phone Call with both clients to confirm damages chart | 0.2 | $450 | $90 |
| 4/14/2024 | Chaya Gourarie | Attorney | Draft document - damages charts for bot Emailed damages charts to plaintiffs for review | 1.4 | $450 | $630 |
| 4/12/2024 | Christine Civale | Admin | Services provided on 4/12/2024   - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24 | 0.1 | $450 | $45 |
| 4/12/2024 | Christine Civale | Admin | Services provided on 4/12/2024   - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24 | 0.1 | $125 | $12.50 |
| 4/11/2024 | Chaya Gourarie | Attorney | Phone Call with Virdi re case | 0.2 | $450 | $90 |
| 4/9/2024 | Chaya Gourarie | Attorney | Services provided on 4/9/2024   - Vidal v ACS - disctricct court decision  reviewed (0.10 hrs) | 0.1 | $450 | $45 |
| 4/8/2024 | Sherley Galdamez | Admin | Services provided on 4/8/2024   - 1 email sent/reviewed regarding Invoice - Reminder: Your payment to Compliant Process Se | 0.1 | $125 | $12.50 |
| 3/29/2024 | Nikki LaRosa | Admin | Services provided on 3/29/2024   - 1 email sent/reviewed regarding You have a new invoice due 04/10/2024 (0.10 hrs) | 0.1 | $125 | $12.50 |
| 3/29/2024 | Christine Civale | Admin | Services provided on 3/29/2024   - 2 emails sent/reviewed regarding You have a new invoice due 04/10/2024 (0.10 hrs) | 0.1 | $125 | $12.50 |
| 3/28/2024 | Chaya Gourarie | Attorney | Services provided on 3/28/2024   - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24 | 0.3 | $450 | $135 |
| 3/27/2024 | Sherley Galdamez | Admin | Services provided on 3/27/2024   - 2 emails sent/reviewed regarding You have a new invoice due 04/10/2024 (0.10 hrs) | 0.1 | $125 | $12.50 |
| 3/26/2024 | Chaya Gourarie | Attorney | Services provided on 3/26/2024   - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24 | 0.1 | $125 | $12.50 |
| 3/26/2024 | Chaya Gourarie | Attorney | Email Correspondence to OC re mediation | 0.1 | $450 | $45 |
| 3/22/2024 | Christine Civale | Admin | Services provided on 3/22/2024   - 1 email sent/reviewed regarding Virdi and Singh v. Copley Coffee (0.10 hrs) | 0.1 | $125 | $12.50 |
| 3/20/2024 | Chaya Gourarie | Attorney | Services provided on 3/20/2024   - 1 email sent/reviewed regarding Virdi and Singh v. Copley Coffee (0.20 hrs) | 0.2 | $450 | $90 |
| 3/20/2024 | Christine Civale | Admin | Email to potential mediator (Alfred Feliu) to find out his fees for mediation | 0.1 | $125 | $12.50 |
| 3/20/2024 | Christine Civale | Admin | Phone Call to potential mediator (Alfred Feliu) to find out his fees; left voicemail | 0.1 | $125 | $12.50 |
| 3/19/2024 | Chaya Gourarie | Attorney | - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24-cv-00478-KPF (0.10 hrs)   Services provided on 3/19/2024   - 2 emails sent/reviewed regarding Virdi and Singh v. Copley Coffee (0.10 hrs) | 0.2 | $450 | $90 |
| 3/18/2024 | Chaya Gourarie | Attorney | Services provided on 3/18/2024   - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. 1:24 | 0.1 | $450 | $45 |
| | | | - Default Ltr to Defendants edited and reviewed (0.20 hrs) | | | |
| | | | - 1 email sent/reviewed regarding Sukhjinder Virdi v. Copley Coffee, et al (0.10 hrs) | | | |
| | | | - 1 email sent/reviewed regarding Virdi et al v. Copley Coffee Holdings, LLC, Docket No. | | | |
| 3/18/2024 | Christine Civale | Admin | Services provided on 3/18/2024   1:24-cv-00478-KPF (0.10 hrs) | 0.4 | $125 | $50.00 |
| 3/18/2024 | Chaya Gourarie | Attorney | Email Correspondence - potential mediator | 0.1 | $450 | $45 |
| 3/18/2024 | Chaya Gourarie | Attorney | Email Correspondence with OC re stip & mediators | 0.4 | $450 | $180 |
| 3/18/2024 | Christine Civale | Admin | Email Default letter & attachments to process server to send to the East Side Defendants | 0.2 | $125 | $25.00 |
| | | | - Email attachment reviewed - Default Ltr to Defendants (0.10 hrs) | | | |
| | | | - 1 email sent/reviewed regarding Virdi DRAFT Default Letter (0.10 hrs) | | | |
| 3/17/2024 | Chaya Gourarie | Attorney | Services provided on 3/17/2024   - 2 emails sent/reviewed regarding Virdi and Singh v. Copley Coffee (0.20 hrs) | 0.4 | $450 | $180 |
| 3/15/2024 | Chaya Gourarie | Attorney | Email Correspondence with opp counsel re settlement | 0.2 | $450 | $90 |
| | | | - Ravinder Singh- Mutual Dispute Resolution Agreement reviewed (0.10 hrs) | | | |
| 3/14/2024 | Chaya Gourarie | Attorney | Services provided on 3/14/2024   - Sukhjinder Singh Virdi- Mutual Dispute Resolution Agreement reviewed (0.10 hrs) | 0.2 | $450 | $90 |
| | | | - AOS -East Side DD reviewed (0.10 hrs) | | | |
| 3/14/2024 | Christine Civale | Admin | Services provided on 3/14/2024   - 1 email sent/reviewed regarding Virdi DRAFT Default Letter (0.10 hrs) | 0.2 | $125 | $25.00 |
| 3/14/2024 | Chaya Gourarie | Attorney | Legal Research to determine whether arbitration will be enforced here | 2.5 | $450 | $1,125 |
| 3/14/2024 | Chaya Gourarie | Attorney | Phone call with client Virdi re arbitration | 0.2 | $450 | $90 |
| 3/13/2024 | Chaya Gourarie | Attorney | Phone Call with opp counsel re arbitration | 0.2 | $450 | $90 |
| 3/11/2024 | Chaya Gourarie | Attorney | Services provided on 3/11/2024   - 4 emails sent/reviewed regarding Virdi and Singh v. Copley Coffee (0.30 hrs) | 0.3 | $450 | $135 |
| 3/11/2024 | Christine Civale | Admin | Services provided on 3/11/2024   - 1 -Complaint reviewed (0.10 hrs) | 0.1 | $125 | $12.50 |
| 3/8/2024 | Christine Civale | Admin | Saved link from CG to SB in a folder I created called "Legal Research" | 0.1 | $125 | $12.50 |
| 2/15/2024 | Sherley Galdamez | Admin | Services provided on 2/15/2024   - receipt - singh created (0.10 hrs) | 0.1 | $125 | $12.50 |
| 2/15/2024 | Christine Civale | Admin | Phone Call to Bilal Khan at 3pm per his request to go over Paychex information; left voicemail as it goes directly to voicemail.  3 attem | 0.1 | $125 | $12.50 |
| 2/14/2024 | Chaya Gourarie | Attorney | Review documents  - 4 AOS - ready for filing | 0.2 | $450 | $90 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  | - AOS -Copley Coffee Holdings created (0.10 hrs) |  |  |  |  |
|  |  |  | - AOS -Copley DB 1 created (0.10 hrs) |  |  |  |  |
|  |  |  | - AOS -East Side DD 108 created (0.10 hrs) |  |  |  |  |
| 2/14/2024 | Christine Civale | Admin | Services provided on 2/14/2024 | - AOS -East Side DD created (0.10 hrs) | 0.4 | $125 | $50.00 |
| 2/14/2024 | Christine Civale | Admin | eFile all 4 Affidavits of Service of the Summons and Complaint |  | 0.3 | $125 | $37.50 |
| 2/14/2024 | Chaya Gourarie | Attorney | Phone Call with opp counsel re arbitration |  | 0.5 | $450 | $225 |
| 2/12/2024 | Chaya Gourarie | Attorney | Services provided on 2/12/2024 | - Screenshot 2023-10-08 193927 reviewed (0.10 hrs) | 0.1 | $450 | $45 |
| 2/12/2024 | Christine Civale | Admin | Services provided on 2/12/2024 | - Screenshot 2023-10-08 194354 reviewed (0.10 hrs) | 0.1 | $125 | $12.50 |
| 2/9/2024 | Chaya Gourarie | Attorney | Text messages with Bilal Khan |  | 0.2 | $450 | $90 |
|  |  |  |  | - 1 -Complaint reviewed (0.10 hrs) |  |  |  |
|  |  |  |  | - 3 emails sent/reviewed regarding Virdi and Singh v. Copley Coffee (0.10 hrs) |  |  |  |
|  |  |  |  | - 2 emails sent/reviewed regarding Virdi case - opt in form for FLSA Collective Action (0.10 hrs) |  |  |  |
| 2/9/2024 | Chaya Gourarie | Attorney | Services provided on 2/9/2024 | - 1 email sent/reviewed regarding Virdi & Singh vs. Copley Coffee Holdings, et al (0.10 hrs) | 0.4 | $450 | $180 |
| 2/9/2024 | Pablo Martinez | Admin | Locate temps re. opt-in forms |  | 0.1 | $125 | $12.50 |
| 2/9/2024 | Pablo Martinez | Admin | Email with CG re. opt-in form |  | 0.1 | $125 | $12.50 |
| 2/8/2024 | Chaya Gourarie | Attorney | Services provided on 2/8/2024 | - 1 email sent/reviewed regarding Virdi and Singh v. Copley Coffee (0.10 hrs) | 0.1 | $450 | $45 |
| 2/7/2024 | Christine Civale | Admin | Services provided on 2/7/2024 | - 1 email sent/reviewed regarding Virdi and Singh v. Copley Coffee (0.10 hrs) | 0.1 | $125 | $12.50 |
| 2/6/2024 | Chaya Gourarie | Attorney | Email Correspondence with opp counsel re scheduling call |  | 0.1 | $450 | $45 |
| 2/5/2024 | Chaya Gourarie | Attorney | Email Correspondence with opp counsel |  | 0.1 | $450 | $45 |
| 2/5/2024 | Chaya Gourarie | Attorney | Legal Research - whether arbitration agreement are enforceable |  | 1.2 | $450 | $540 |
| 2/5/2024 | Chaya Gourarie | Attorney | Review documents - arbitration agreement |  | 0.4 | $450 | $180 |
|  |  |  |  | - 123120877354 created (0.10 hrs) |  |  |  |
| 1/30/2024 | Christine Civale | Admin | Services provided on 1/30/2024 | - show_multidocs created (0.10 hrs) | 0.2 | $125 | $25.00 |
|  |  |  |  | - Bilal Khan & Ravinder Singh - notes from clients reviewed (0.10 hrs) |  |  |  |
| 1/25/2024 | Christine Civale | Admin | Services provided on 1/25/2024 | - 5 emails sent/reviewed regarding Virdi & Singh vs. Copley Coffee Holdings, et al (0.30 hrs) | 0.4 | $125 | $50.00 |
| 1/25/2024 | Christine Civale | Admin | Email Summons and Complaint to Process Server for all 4 Defendants to be served. |  | 0.2 | $125 | $25.00 |
| 1/25/2024 | Christine Civale | Admin | Email copy of the filed Complaint to both clients/Plaintiffs |  | 0.2 | $125 | $25.00 |
| 1/24/2024 | Christine Civale | Admin | download documents from the docket and saved to the file |  | 0.2 | $125 | $25.00 |
| 1/23/2024 | Nikki LaRosa | Admin | Services provided on 1/23/2024 | - Matter admin (0.10 hrs) | 0.1 | $125 | $12.50 |
|  |  |  |  | - Screenshot 2023-10-08 193659 reviewed (0.10 hrs) |  |  |  |
|  |  |  |  | - Exhibit A -final created (0.10 hrs) |  |  |  |
|  |  |  |  | - Exhibit B -final created (0.10 hrs) |  |  |  |
|  |  |  |  | - Civil Cover Sheet created (0.10 hrs) |  |  |  |
|  |  |  |  | - Summons -Copley Coffee Holdings created (0.10 hrs) |  |  |  |
|  |  |  |  | - Summons -Copley DB 1 created (0.10 hrs) |  |  |  |
|  |  |  |  | - Summons -East Side DD created (0.10 hrs) |  |  |  |
|  |  |  |  | - Virdi Class Action Complaint created (0.10 hrs) |  |  |  |
|  |  |  |  | - Summons -Copley Coffee Holdings created (0.10 hrs) |  |  |  |
|  |  |  |  | - Summons -Copley DB 1 created (0.10 hrs) |  |  |  |
|  |  |  |  | - Summons -East Side DD created (0.10 hrs) |  |  |  |
| 1/23/2024 | Christine Civale | Admin | Services provided on 1/23/2024 | - Complaint Payment Confirmation created (0.10 hrs) | 1.2 | $125 | $150.00 |
| 1/23/2024 | Christine Civale | Admin | eFile 4 separate Summons and all 4 Defendants |  | 0.2 | $125 | $25.00 |
| 1/23/2024 | Christine Civale | Admin | eFile Civil Cover Sheet |  | 0.2 | $125 | $25.00 |
| 1/23/2024 | Christine Civale | Admin | eFile Complaint and 2 exhibits |  | 0.2 | $125 | $25.00 |

| Date | Name | Role | Task | Description | Hours | Rate | Total |
|------|------|------|------|-------------|-------|------|-------|
| | | | | - Revised civil-cover-sheet-2020_10_01_0 created (0.20 hrs) | | | |
| | | | | - Summons -Copley Coffee Holdings created (0.10 hrs) | | | |
| 1/22/2024 | Christine Civale | Admin | Services provided on 1/22/2024 | - last 4 paycheck reviewed (0.10 hrs) | 0.4 | $125 | $50.00 |
| 1/22/2024 | Chaya Gourarie | Attorney | Edit Document - summons, civil cover sheets and supporting exhibits | | 0.4 | $450 | $180 |
| 1/22/2024 | Christine Civale | Admin | Draft Summons for Defendant East Side DD | | 0.6 | $125 | $75.00 |
| 1/22/2024 | Christine Civale | Admin | Draft Summons for Defendant East Side DD 108 | | 0.6 | $125 | $75.00 |
| 1/22/2024 | Christine Civale | Admin | Draft Summons for Defendant Copley DB 1 | | 0.6 | $125 | $75.00 |
| 1/22/2024 | Christine Civale | Admin | Draft Summons for Defendant Copley Coffee Holdings | | 0.6 | $125 | $75.00 |
| 1/22/2024 | Christine Civale | Admin | Draft Civil Cover Sheet | | 0.6 | $125 | $75.00 |
| 1/22/2024 | Chaya Gourarie | Attorney | Draft document - class action complaint | Additional revisions and additions - added COA for unpaid regular wages based on research | 1.5 | $450 | $675 |
| | | | | - last 4 paycheck created (0.10 hrs) | | | |
| | | | | - last 4 paycheck reviewed (0.10 hrs) | | | |
| | | | | - Screenshot 2023-10-29 142112 reviewed (0.10 hrs) | | | |
| 1/19/2024 | Christine Civale | Admin | Services provided on 1/19/2024 | - Screenshot 2023-10-29 141400 reviewed (0.10 hrs) | 0.4 | $125 | $50.00 |
| 1/19/2024 | Chaya Gourarie | Attorney | Phone Call with Mr. Virdi re complaint | | 0.4 | $450 | $180 |
| 1/19/2024 | Chaya Gourarie | Attorney | Email Correspondence (multiple) re draft complaint | | 0.2 | $450 | $90 |
| 1/19/2024 | Chaya Gourarie | Attorney | Draft document | Drafting/revising complaint - added detailed section re Mr. Virdi's hours and added COA | 2.8 | $450 | $1,260 |
| 1/19/2024 | Christine Civale | Admin | Download documents from client Virdi and organize into file | | 0.1 | $125 | $12.50 |
| 1/11/2024 | Adam Grogan | Associate | Draft document | Revise complaint | 1.4 | $400 | $560 |
| 1/3/2024 | Adam Grogan | Associate | Draft document | Draft class action complaint | 1.3 | $400 | $520 |
| 1/2/2024 | Adam Grogan | Associate | Draft document | Draft class action complaint | 4.1 | $400 | $1,640 |
| 1/2/2024 | Jayne Calderon | Admin | Email Correspondence | Received email from client- sent to CG for review | 0.2 | $125 | $25.00 |