UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SUKHJINDER VIRDI and RAVINDER SINGH,  :
                                        Plaintiff,  :  Case No.: 1-24-cv-00478 (KPF)

    - against -  :

COPLEY COFFEE HOLDINGS, LLC, COPLEY  :
DB 1 LLC, EAST SIDE DD LLC, and EAST  :
SIDE DD 108 LLC,  :

                                 Defendants.  :
-------------------------------------------------------------- x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Sukhjinder Virdi, Ravinder Singh, and Bilal Khan ("Plaintiffs") and Defendants Copley Coffee Holdings, LLC and Copley DB 1LLC ("Defendants") that, the parties' FAIR LABOR STANDARDS ACT AND NEW YORK LABOR LAW SETTLEMENT AND RELEASE AGREEMENT ("Agreement") having been found to constitute a fair and reasonable compromise of a *bona fide* dispute, this action is dismissed, with prejudice, in its entirety and with no award of attorneys' fees, costs or disbursements to Plaintiff or Defendant by the Court. Pursuant to the terms of the Agreement, the Court retains jurisdiction over disputes between the parties for purposes of enforcement of the settlement.

[INTENTIONALLY LEFT BLANK – SIGNATURES ON FOLLOWING PAGE]

11

| | |
|---|---|
| BELL LAW GROUP, PLLC<br>*ATTORNEYS FOR PLAINTIFF*<br>116 Jackson Avenue, Suite 300<br>Syosset, New York 11791<br>Tel.: (516) 280-3008 | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANT*<br>58 South Service Rd., Ste. 250<br>Melville, New York 11747<br>Tel.: (631) 247-0404 |
| By: *Chaya M. Gourarie*<br>     CHAYA GOURARIE, ESQ. | By: *Brian J. Shenker*<br>     BRIAN J. SHENKER, ESQ. |
| Dated: Dec. 16, 2024 | Dated: Dec. 16, 2024 |

Dated:   December 17, 2024
         New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

12